# EXHIBIT C

US009484103B1

(12) **United States Patent**
Bruce et al.

(10) **Patent No.:**     **US 9,484,103 B1**
(45) **Date of Patent:**     **Nov. 1, 2016**

(54) **ELECTRONIC STORAGE DEVICE**

(71) Applicant: **BiTMICRO Networks, Inc.**, Fremont, CA (US)

(72) Inventors: **Rolando H. Bruce**, South San Francisco, CA (US); **Reyjan C. Lanuza**, Imus Cavite (PH); **Jose Miguel N. Lukban**, Penang (MY); **Mark Ian A. Arcedera**, Paranaque (PH); **Ryan C. Chong**, Quezon (PH)

(73) Assignee: **BiTMICRO Networks, Inc.**, Fremont, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 5 days.

(21) Appl. No.: **14/803,107**

(22) Filed: **Jul. 20, 2015**

**Related U.S. Application Data**

(63) Continuation of application No. 14/038,684, filed on Sep. 26, 2013, now Pat. No. 9,099,187, which is a continuation of application No. 12/882,059, filed on Sep. 14, 2010, now Pat. No. 8,560,804.

(60) Provisional application No. 61/242,346, filed on Sep. 14, 2009.

(51) **Int. Cl.**
*G06F 12/02* (2006.01)
*G11C 16/14* (2006.01)
*G11C 16/26* (2006.01)
*G11C 16/20* (2006.01)
*G11C 16/08* (2006.01)

(52) **U.S. Cl.**
CPC .............. *G11C 16/14* (2013.01); *G11C 16/08* (2013.01); *G11C 16/20* (2013.01); *G11C 16/26* (2013.01)

(58) **Field of Classification Search**
CPC ....... G11C 16/14; G11C 16/08; G11C 16/20; G11C 16/26
USPC .............. 711/202, 103, 156, 158, 165, 170; 365/185.33
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,752,871 A | * | 6/1988 | Sparks | ...................... G11C 7/00 365/185.11 |
| 5,111,058 A | | 5/1992 | Martin | |
| RE34,100 E | * | 10/1992 | Hartness | ............. G06F 11/1008 714/767 |
| 5,222,046 A | * | 6/1993 | Kreifels | ................. G11C 16/32 365/185.22 |
| 5,297,148 A | * | 3/1994 | Harari | ................... G06F 3/0601 365/185.09 |
| 5,341,339 A | * | 8/1994 | Wells | .................... G06F 3/0601 365/185.09 |
| 5,371,709 A | * | 12/1994 | Fisher | .................. G11C 16/225 365/226 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2005-309847 | 11/2005 |
| TW | 489308 | 6/2002 |

(Continued)

*Primary Examiner* — Stephen Elmore
(74) *Attorney, Agent, or Firm* — Stephen Uriarte

(57)     **ABSTRACT**

A solution for reducing erase cycles in an electronic storage device that uses at least one erase-limited memory device is disclosed.

**19 Claims, 9 Drawing Sheets**



Method for Initializing a Flop

## US 9,484,103 B1

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,379,401 | A * | 1/1995 | Robinson | G11C 16/102 235/492 |
| 5,388,083 | A * | 2/1995 | Assar | G06F 3/0601 365/185.09 |
| 5,396,468 | A * | 3/1995 | Harari | G11C 16/26 365/185.01 |
| 5,406,529 | A * | 4/1995 | Asano | G06F 3/0601 365/185.11 |
| 5,432,748 | A * | 7/1995 | Hsu | G11C 29/88 711/100 |
| 5,448,577 | A * | 9/1995 | Wells | H03M 13/09 714/767 |
| 5,459,850 | A * | 10/1995 | Clay | G06F 3/0601 703/24 |
| 5,479,638 | A * | 12/1995 | Assar | G06F 3/0601 706/900 |
| 5,485,595 | A * | 1/1996 | Assar | G06F 3/0601 365/185.11 |
| 5,488,711 | A * | 1/1996 | Hewitt | G06F 12/0802 365/238.5 |
| 5,500,826 | A * | 3/1996 | Hsu | G11C 29/88 365/230.01 |
| 5,509,134 | A * | 4/1996 | Fandrich | G06F 9/45512 365/185.33 |
| 5,513,138 | A * | 4/1996 | Manabe | G06K 19/07 365/185.11 |
| 5,524,231 | A * | 6/1996 | Brown | G06F 12/06 235/380 |
| 5,530,828 | A * | 6/1996 | Kaki | G06F 3/0601 365/185.29 |
| 5,535,328 | A * | 7/1996 | Harari | G06F 3/0601 365/218 |
| 5,535,356 | A * | 7/1996 | Kim | G06F 3/0601 710/68 |
| 5,542,042 | A * | 7/1996 | Manson | G06F 1/30 714/14 |
| 5,542,082 | A * | 7/1996 | Solhjell | G05B 19/0426 710/13 |
| 5,548,741 | A * | 8/1996 | Watanabe | G11C 16/102 711/103 |
| 5,559,956 | A * | 9/1996 | Sukegawa | G06F 12/0246 711/E12.014 |
| 5,568,423 | A * | 10/1996 | Jou | G06F 12/0246 365/185.11 |
| 5,568,439 | A * | 10/1996 | Harari | G11C 11/5621 257/E21.209 |
| 5,572,466 | A * | 11/1996 | Sukegawa | G06F 3/0601 365/185.11 |
| 5,594,883 | A * | 1/1997 | Pricer | G06F 12/08 711/113 |
| 5,602,987 | A * | 2/1997 | Harari | G06F 3/0601 365/185.29 |
| 5,603,001 | A * | 2/1997 | Sukegawa | G06F 3/0601 711/103 |
| 5,606,529 | A * | 2/1997 | Honma | G06F 3/0601 365/230.01 |
| 5,606,532 | A * | 2/1997 | Lambrache | G06F 11/1068 365/200 |
| 5,619,470 | A * | 4/1997 | Fukumoto | G11C 11/22 365/145 |
| 5,627,783 | A * | 5/1997 | Miyauchi | G06F 3/0601 365/185.11 |
| 5,640,349 | A * | 6/1997 | Kakinuma | G06F 3/0601 365/185.11 |
| 5,644,784 | A * | 7/1997 | Peek | G06F 13/28 710/24 |
| 5,682,509 | A | 10/1997 | Kabenjian | |
| 5,737,742 | A * | 4/1998 | Achiwa | G06F 12/023 365/189.09 |
| 5,787,466 | A | 7/1998 | Berliner | |
| 5,796,182 | A * | 8/1998 | Martin | H02J 9/062 307/46 |
| 5,799,200 | A * | 8/1998 | Brant | G06F 11/1441 365/229 |
| 5,802,554 | A * | 9/1998 | Caceres | G06F 12/0638 365/185.33 |
| 5,819,307 | A * | 10/1998 | Iwamoto | G06F 12/0246 365/185.33 |
| 5,822,251 | A * | 10/1998 | Bruce | G06F 11/1068 365/185.33 |
| 5,875,351 | A * | 2/1999 | Riley | G06F 13/28 710/22 |
| 5,881,264 | A * | 3/1999 | Kurosawa | G06F 13/1689 712/217 |
| 5,913,215 | A * | 6/1999 | Rubinstein | G06F 17/275 707/708 |
| 5,918,033 | A * | 6/1999 | Heeb | G06F 9/3824 712/217 |
| 5,943,421 | A * | 8/1999 | Grabon | G06F 12/1408 380/269 |
| 5,956,743 | A | 9/1999 | Bruce et al. | |
| 6,000,006 | A * | 12/1999 | Bruce | G06F 11/1068 711/103 |
| 6,014,709 | A | 1/2000 | Gulick et al. | |
| 6,076,137 | A * | 6/2000 | Asnaashari | G06F 3/0613 365/185.33 |
| 6,098,119 | A | 8/2000 | Surugucchi et al. | |
| 6,128,303 | A | 10/2000 | Bergantino | |
| 6,215,875 | B1 * | 4/2001 | Nohda | H04N 7/1675 326/8 |
| 6,230,269 | B1 * | 5/2001 | Spies | H04L 9/302 380/279 |
| 6,298,071 | B1 * | 10/2001 | Taylor | H04N 21/23 348/E5.008 |
| 6,317,330 | B1 * | 11/2001 | Portman | H05K 7/142 257/723 |
| 6,363,441 | B1 * | 3/2002 | Bentz | G06T 15/04 710/244 |
| 6,363,444 | B1 * | 3/2002 | Platko | G06F 13/28 709/208 |
| 6,397,267 | B1 | 5/2002 | Chong, Jr. | |
| 6,404,772 | B1 * | 6/2002 | Beach | H04L 12/5693 370/338 |
| 6,496,939 | B2 | 12/2002 | Portman et al. | |
| 6,526,506 | B1 * | 2/2003 | Lewis | H04L 9/083 380/278 |
| 6,529,416 | B2 * | 3/2003 | Bruce | G06F 12/0804 365/185.29 |
| 6,557,095 | B1 * | 4/2003 | Henstrom | G06F 9/3836 712/207 |
| 6,678,754 | B1 | 1/2004 | Soulier | |
| 6,744,635 | B2 | 6/2004 | Portman et al. | |
| 6,757,845 | B2 * | 6/2004 | Bruce | G11C 29/022 365/201 |
| 6,857,076 | B1 * | 2/2005 | Klein | G06F 21/80 713/189 |
| 6,901,499 | B2 * | 5/2005 | Aasheim | G06F 12/0246 711/103 |
| 6,922,391 | B1 | 7/2005 | King et al. | |
| 6,961,805 | B2 * | 11/2005 | Lakhani | G11C 7/1045 365/230.06 |
| 6,970,446 | B2 * | 11/2005 | Krischer | H04L 12/4633 370/338 |
| 6,970,890 | B1 * | 11/2005 | Bruce | G06F 11/1435 |
| 6,980,795 | B1 * | 12/2005 | Hermann | H04W 12/04 380/273 |
| 7,103,684 | B2 * | 9/2006 | Chen | G06F 13/28 710/20 |
| 7,174,438 | B2 * | 2/2007 | Homma | G06F 3/0614 711/161 |
| 7,194,766 | B2 * | 3/2007 | Noehring | H04L 29/06 713/153 |
| 7,263,006 | B2 * | 8/2007 | Aritome | G11C 16/344 365/185.22 |
| 7,283,629 | B2 * | 10/2007 | Kaler | H04L 9/0838 380/259 |
| 7,305,548 | B2 * | 12/2007 | Pierce | G06F 21/606 380/28 |
| 7,330,954 | B2 * | 2/2008 | Nangle | G06F 12/06 711/123 |
| 7,372,962 | B2 * | 5/2008 | Fujimoto | G06F 21/606 380/255 |
| 7,386,662 | B1 | 6/2008 | Kekre et al. | |

**US 9,484,103 B1**

Page 3

(56)          **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,415,549 B2 | 8/2008 | Vemula et al. | |
| 7,424,553 B1 | 9/2008 | Borrelli et al. | |
| 7,430,650 B1 | 9/2008 | Ross | |
| 7,490,177 B2 | 2/2009 | Kao | |
| 7,500,063 B2* | 3/2009 | Zohar | G06F 12/0862 |
| | | | 711/113 |
| 7,506,098 B2* | 3/2009 | Arcedera | G06F 12/0246 |
| | | | 710/22 |
| 7,613,876 B2* | 11/2009 | Bruce | G06F 3/061 |
| | | | 710/22 |
| 7,620,748 B1* | 11/2009 | Bruce | G06F 13/28 |
| | | | 710/22 |
| 7,624,239 B2* | 11/2009 | Bennett | G06F 12/0246 |
| | | | 711/103 |
| 7,636,801 B1 | 12/2009 | Kekre et al. | |
| 7,660,941 B2* | 2/2010 | Lee | G06F 12/0246 |
| | | | 711/103 |
| 7,676,640 B2 | 3/2010 | Chow | |
| 7,681,188 B1 | 3/2010 | Tirumalai et al. | |
| 7,716,389 B1* | 5/2010 | Bruce | G06F 13/28 |
| | | | 370/338 |
| 7,729,370 B1* | 6/2010 | Orcine | H04L 49/357 |
| | | | 370/216 |
| 7,743,202 B2* | 6/2010 | Tsai | G06F 12/0862 |
| | | | 711/103 |
| 7,765,359 B2* | 7/2010 | Kang | G11C 16/10 |
| | | | 365/185.33 |
| 7,826,243 B2* | 11/2010 | Bruce | H01L 25/0655 |
| | | | 257/686 |
| 7,877,639 B2 | 1/2011 | Hoang | |
| 7,913,073 B2 | 3/2011 | Choi | |
| 7,921,237 B1 | 4/2011 | Holland et al. | |
| 7,934,052 B2* | 4/2011 | Prins | G06F 13/1657 |
| | | | 711/103 |
| 8,010,740 B2* | 8/2011 | Arcedera | G06F 12/0246 |
| | | | 711/103 |
| 8,032,700 B2 | 10/2011 | Bruce et al. | |
| 8,156,320 B2 | 4/2012 | Borras | |
| 8,161,223 B1 | 4/2012 | Chamseddine et al. | |
| 8,165,301 B1* | 4/2012 | Bruce | G06F 21/82 |
| | | | 380/277 |
| 8,200,879 B1* | 6/2012 | Falik | G11C 5/02 |
| | | | 710/307 |
| 8,341,311 B1 | 12/2012 | Szewerenko et al. | |
| 8,375,257 B2* | 2/2013 | Hong | G06F 11/10 |
| | | | 714/48 |
| 8,447,908 B2 | 5/2013 | Bruce et al. | |
| 8,510,631 B2 | 8/2013 | Wu et al. | |
| 8,560,804 B2* | 10/2013 | Bruce | G06F 12/0246 |
| | | | 365/185.33 |
| 8,707,134 B2 | 4/2014 | Takahashi et al. | |
| 8,713,417 B2* | 4/2014 | Jo | G06F 11/1068 |
| | | | 714/785 |
| 8,788,725 B2 | 7/2014 | Bruce et al. | |
| 8,959,307 B1* | 2/2015 | Bruce | G06F 12/0246 |
| | | | 711/103 |
| 9,043,669 B1 | 5/2015 | Bruce et al. | |
| 9,099,187 B2 | 8/2015 | Bruce et al. | |
| 9,135,190 B1 | 9/2015 | Bruce et al. | |
| 9,147,500 B2 | 9/2015 | Kim et al. | |
| 2001/0010066 A1* | 7/2001 | Chin | G06F 13/1605 |
| | | | 711/108 |
| 2002/0044486 A1 | 4/2002 | Chan et al. | |
| 2002/0073324 A1* | 6/2002 | Hsu | G06F 21/72 |
| | | | 713/189 |
| 2002/0083262 A1* | 6/2002 | Fukuzumi | G06F 3/0626 |
| | | | 711/103 |
| 2002/0083264 A1 | 6/2002 | Coulson | |
| 2002/0141244 A1* | 10/2002 | Bruce | G06F 12/0804 |
| | | | 365/185.33 |
| 2003/0023817 A1 | 1/2003 | Rowlands et al. | |
| 2003/0065836 A1 | 4/2003 | Pecone | |
| 2003/0120864 A1 | 6/2003 | Lee et al. | |
| 2003/0131201 A1 | 7/2003 | Khare et al. | |
| 2003/0163624 A1* | 8/2003 | Matsui | G06F 12/06 |
| | | | 710/301 |
| 2003/0163647 A1 | 8/2003 | Cameron et al. | |
| 2003/0163649 A1 | 8/2003 | Kapur et al. | |
| 2003/0182576 A1* | 9/2003 | Morlang | H04L 63/0428 |
| | | | 713/171 |
| 2003/0204675 A1* | 10/2003 | Dover | G06F 12/0862 |
| | | | 711/137 |
| 2003/0223585 A1* | 12/2003 | Tardo | H04L 9/3271 |
| | | | 380/277 |
| 2004/0073721 A1 | 4/2004 | Goff et al. | |
| 2004/0128553 A1* | 7/2004 | Buer | H04L 63/045 |
| | | | 713/154 |
| 2005/0050245 A1 | 3/2005 | Miller et al. | |
| 2005/0120146 A1 | 6/2005 | Chen et al. | |
| 2005/0210149 A1 | 9/2005 | Kimball | |
| 2005/0243610 A1 | 11/2005 | Guha et al. | |
| 2005/0289361 A1 | 12/2005 | Sutardja | |
| 2006/0004957 A1 | 1/2006 | Hand, III et al. | |
| 2006/0031450 A1 | 2/2006 | Unrau et al. | |
| 2006/0095709 A1* | 5/2006 | Achiwa | G06F 3/0623 |
| | | | 711/173 |
| 2006/0112251 A1 | 5/2006 | Karr et al. | |
| 2006/0184723 A1* | 8/2006 | Sinclair | G06F 3/0608 |
| | | | 711/103 |
| 2007/0019573 A1* | 1/2007 | Nishimura | H04B 7/022 |
| | | | 370/279 |
| 2007/0028040 A1* | 2/2007 | Sinclair | G06F 3/0613 |
| | | | 711/113 |
| 2007/0058478 A1 | 3/2007 | Murayama | |
| 2007/0073922 A1 | 3/2007 | Go et al. | |
| 2007/0083680 A1* | 4/2007 | King | G06F 12/1081 |
| | | | 710/22 |
| 2007/0088864 A1 | 4/2007 | Foster | |
| 2007/0094450 A1 | 4/2007 | VanderWiel | |
| 2007/0096785 A1 | 5/2007 | Maeda | |
| 2007/0121499 A1 | 5/2007 | Pal et al. | |
| 2007/0130439 A1* | 6/2007 | Andersson | G06F 21/575 |
| | | | 711/200 |
| 2007/0159885 A1 | 7/2007 | Gorobets | |
| 2007/0168754 A1 | 7/2007 | Zohar et al. | |
| 2007/0174493 A1* | 7/2007 | Irish | G06F 9/3838 |
| | | | 710/5 |
| 2007/0174506 A1* | 7/2007 | Tsuruta | G06F 13/28 |
| | | | 710/22 |
| 2007/0195957 A1* | 8/2007 | Arulambalam | G06F 21/172 |
| | | | 380/277 |
| 2007/0288686 A1 | 12/2007 | Arcedera et al. | |
| 2007/0288692 A1 | 12/2007 | Bruce et al. | |
| 2008/0052456 A1 | 2/2008 | Ash et al. | |
| 2008/0072031 A1 | 3/2008 | Choi | |
| 2008/0147963 A1 | 6/2008 | Tsai et al. | |
| 2008/0189466 A1 | 8/2008 | Hemmi | |
| 2008/0218230 A1 | 9/2008 | Shim | |
| 2008/0228959 A1 | 9/2008 | Wang | |
| 2009/0055573 A1 | 2/2009 | Ito | |
| 2009/0077306 A1* | 3/2009 | Arcedera | G06F 12/0246 |
| | | | 711/103 |
| 2009/0083022 A1 | 3/2009 | Bin Mohd Nordin et al. | |
| 2009/0094411 A1* | 4/2009 | Que | G06F 13/385 |
| | | | 711/103 |
| 2009/0158085 A1* | 6/2009 | Kern | G06F 11/1064 |
| | | | 714/6.13 |
| 2009/0172250 A1* | 7/2009 | Allen | G06F 12/0246 |
| | | | 711/103 |
| 2009/0172466 A1* | 7/2009 | Royer | G06F 11/1064 |
| | | | 714/6.12 |
| 2009/0240873 A1 | 9/2009 | Yu et al. | |
| 2010/0058045 A1 | 3/2010 | Borras et al. | |
| 2010/0095053 A1 | 4/2010 | Bruce et al. | |
| 2010/0125695 A1 | 5/2010 | Wu et al. | |
| 2010/0250806 A1 | 9/2010 | Devilla et al. | |
| 2011/0022778 A1 | 1/2011 | Schibilla et al. | |
| 2011/0022801 A1 | 1/2011 | Flynn | |
| 2011/0087833 A1 | 4/2011 | Jones | |
| 2011/0093648 A1 | 4/2011 | Belluomini et al. | |
| 2011/0113186 A1 | 5/2011 | Bruce et al. | |
| 2011/0145479 A1 | 6/2011 | Talagala et al. | |
| 2011/0161568 A1 | 6/2011 | Bruce et al. | |

**US 9,484,103 B1**

Page 4

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2011/0167204 A1 | 7/2011 | Estakhri et al. | |
| 2011/0197011 A1 | 8/2011 | Suzuki et al. | |
| 2011/0202709 A1* | 8/2011 | Rychlik | G06F 3/0608 711/103 |
| 2011/0258405 A1 | 10/2011 | Asaki et al. | |
| 2011/0264884 A1 | 10/2011 | Kim | |
| 2011/0264949 A1 | 10/2011 | Ikeuchi et al. | |
| 2011/0270979 A1 | 11/2011 | Schlansker et al. | |
| 2012/0005405 A1 | 1/2012 | Wu et al. | |
| 2012/0005410 A1 | 1/2012 | Ikeuchi | |
| 2012/0017037 A1 | 1/2012 | Riddle et al. | |
| 2012/0102263 A1 | 4/2012 | Aswadhati | |
| 2012/0102268 A1 | 4/2012 | Smith et al. | |
| 2012/0137050 A1 | 5/2012 | Wang et al. | |
| 2012/0271967 A1 | 10/2012 | Hirschman | |
| 2012/0311197 A1 | 12/2012 | Larson et al. | |
| 2013/0094312 A1 | 4/2013 | Jang et al. | |
| 2013/0099838 A1 | 4/2013 | Kim et al. | |
| 2013/0111135 A1 | 5/2013 | Bell, Jr. et al. | |
| 2013/0208546 A1 | 8/2013 | Kim et al. | |
| 2013/0212337 A1 | 8/2013 | Maruyama | |
| 2013/0212349 A1 | 8/2013 | Maruyama | |
| 2013/0246694 A1 | 9/2013 | Bruce et al. | |
| 2013/0262750 A1 | 10/2013 | Yamasaki et al. | |
| 2013/0304775 A1 | 11/2013 | Davis et al. | |
| 2013/0339578 A1 | 12/2013 | Ohya et al. | |
| 2013/0339582 A1 | 12/2013 | Olbrich et al. | |
| 2013/0346672 A1 | 12/2013 | Sengupta et al. | |
| 2014/0095803 A1 | 4/2014 | Kim et al. | |
| 2014/0104949 A1 | 4/2014 | Bruce et al. | |
| 2014/0108869 A1 | 4/2014 | Brewerton et al. | |
| 2014/0189203 A1 | 7/2014 | Suzuki et al. | |
| 2014/0258788 A1 | 9/2014 | Maruyama | |
| 2014/0285211 A1 | 9/2014 | Raffinan | |
| 2014/0331034 A1 | 11/2014 | Ponce et al. | |
| 2015/0006766 A1 | 1/2015 | Ponce et al. | |
| 2015/0012690 A1 | 1/2015 | Bruce et al. | |
| 2015/0032937 A1 | 1/2015 | Salessi | |
| 2015/0032938 A1 | 1/2015 | Salessi | |
| 2015/0067243 A1 | 3/2015 | Salessi et al. | |
| 2015/0149697 A1 | 5/2015 | Salessi et al. | |
| 2015/0149706 A1 | 5/2015 | Salessi et al. | |
| 2015/0153962 A1 | 6/2015 | Salessi et al. | |
| 2015/0169021 A1 | 6/2015 | Salessi et al. | |
| 2015/0261456 A1 | 9/2015 | Alcantara et al. | |
| 2015/0261475 A1 | 9/2015 | Alcantara et al. | |
| 2015/0261797 A1 | 9/2015 | Alcantara et al. | |
| 2015/0370670 A1 | 12/2015 | Lu | |
| 2015/0371684 A1 | 12/2015 | Mataya | |
| 2015/0378932 A1 | 12/2015 | Souri et al. | |
| 2016/0026402 A1 | 1/2016 | Alcantara et al. | |
| 2016/0027521 A1 | 1/2016 | Lu | |
| 2016/0041596 A1 | 2/2016 | Alcantara et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| TW | 200428219 A | 12/2004 |
| TW | 436689 | 12/2005 |
| TW | I420316 | 12/2013 |
| WO | WO 94/06210 | 3/1994 |
| WO | WO 98/38568 | 9/1998 |

* cited by examiner

Case 8:26-cv-01528-DFM    Document 1-3    Filed 06/15/26    Page 6 of 22    Page ID #:57



*FIG. 1*



*FIG. 2*

LBA to Flop Mapping Table



*FIG. 3*

Generic Flop

**U.S. Patent**      Nov. 1, 2016      **Sheet 3 of 9**      US 9,484,103 B1

*FIG. 4*





*FIG. 5A*

Flop Status after Flop Initialization

U.S. Patent          Nov. 1, 2016          Sheet 4 of 9          US 9,484,103 B1



**FIG. 5B**

Flop Status During First Write Performed on Flop after Initialization



**FIG. 5C**

Flop Status after First Write Performed on Flop after Initialization



### *FIG. 5D*

Flop Status after Second Write Performed on Flop after Initialization

Case 8:26-cv-01528-DFM    Document 1-3    Filed 06/15/26    Page 11 of 22   Page ID
#:62



### FIG. 6

Method for Initializing a Flop



**FIG. 7**
Method For Performing a Flop Write



FIG. 8
Read Method



*FIG. 9*

Multilevel Mapping Structure

US 9,484,103 B1

# ELECTRONIC STORAGE DEVICE

## CROSS-REFERENCE(S) TO RELATED APPLICATIONS

This application is a continuation application of United States Application, entitled "Reducing Erase Cycles In An Electronic Storage Device That Uses At Least One Erase-Limited Memory Device", having a filing date of 26 Sep. 2013 and Ser. No. 14/038,684, now U.S. Pat. No. 9,099,187, which is a continuation application of United States Application, entitled "Reducing Erase Cycles In An Electronic Storage Device That Uses At Least One Erase-Limited Memory Device", having a filing date of 14 Sep. 2010 and Ser. No. 12/882,059, now U.S. Pat. No. 8,560,804, which claims the benefit of and a priority to United States Provisional Application, entitled "Reducing Erase Cycles In An Electronic Storage Device That Uses At Least One Erase-Limited Memory Device", having a filing date of 14 Sep. 2009 and Ser. No. 61/242,364. Application Ser. Nos. 14/038,884, 12/882,059, and 61/242,364 are hereby fully incorporated herein by reference.

## FIELD OF INVENTION

The present invention relates to solutions for reducing erase cycles. More particularly, the present invention pertains to solutions for reducing erase cycles in an electronic storage device that uses at least one erase-limited memory device, such as NAND (Not And) flash memory devices.

## BACKGROUND

Electronic storage devices that respectively employ a memory subsystem that includes memory devices or modules that use non-volatile memory cells are commonly known and are sometimes referred to as solid-state storage devices. The computer device industry has increased the adoption of these solid-state storage devices due to certain advantages offered by these types of storage devices over other forms of storage devices, such as rotational drives. The adoption of solid state storage devices as enhancement or even a replacement to rotational drives is not without some difficulty because many conventional computer devices, sometimes referred to as "hosts", use host operating systems, file systems, or both that are optimized for use with rotational drives rather than solid state storage devices. For example, unlike rotational drives, solid state storage devices that use NAND flash memory devices, also referred to as "flash drives", suffer from write limitations because these devices require an erase cycle before a write cycle can be performed on or within a flash block of a flash memory device. Currently, flash block can only support a limited number of erase cycles and after an approximate number of these erase cycles are performed on a flash block, the flash block will eventually be unable to store data in the flash block in a reliable manner. For instance, data stored in a flash block that is at or near its erase cycle limit may start exhibiting bit errors which will progressively increase in size until this data can no longer be reliably read from the flash block.

To reduce erase cycles, one traditional solution is to use wear-leveling but this does not actually reduce or minimize erase cycles. Instead, wear-leveling simply spreads out erase cycles by re-mapping writes from one flash block to another flash block. Another solution is to employ a write-in-place technique but this suffers from the disadvantage of increasing erase-cycles in embodiments that use control blocks.

Consequently, a need exists for reducing erase cycles in electronic storage devices, such as solid-state storage devices, that use erase-limited memory devices.

## SUMMARY

A solution for reducing erase cycles in an electronic storage device that uses at least one erase-limited memory device is disclosed.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 is a block diagram of an electronic storage device that reduces the number of erase-cycles that would otherwise be performed on a memory store which includes at least one erase-limited memory device in accordance with one embodiment of the present invention;

FIG. 2 is a mapping table for an electronic storage device, such as the electronic storage device illustrated in FIG. 1, in accordance with another embodiment of the present invention;

FIG. 3 illustrates flash blocks, such as the flash blocks used in FIGS. 1 and 2, or both, that have been initialized to include flop sections in accordance with another embodiment of the present invention;

FIG. 4 illustrates an example flop having one or more flop blocks in accordance with another embodiment of the present invention;

FIG. 5A illustrates the flop section states of a flop immediately after the initialization of a flop in accordance with yet another embodiment of the present invention;

FIG. 5B illustrates the flop section states of a flop during a first flop write memory operation that pertains to a primary address that has been mapped to a flop having initialized flop sections in accordance with yet another embodiment of the present invention;

FIG. 5C illustrates the flop section states of a flop after a first flop write in accordance with yet another embodiment of the present invention;

FIG. 5D illustrates the flop section states of a flop after a second flop write in accordance with yet another embodiment of the present invention;

FIG. 6 illustrates a method of initializing a flop for minimizing erase cycles in an electronic storage device that uses at least one erase-limited memory device in accordance with yet another embodiment of the present invention;

FIG. 7 illustrates a method of performing a flop write operation in an electronic storage device that minimizes erase cycles in at least one erase-limited memory device in accordance with yet another embodiment of the present invention;

FIG. 8 illustrates a method of performing a flop read operation in an electronic storage device that minimizes erase cycles in at least one erase-limited memory device in accordance with yet another embodiment of the present invention; and

FIG. 9 illustrates a multilevel structure that may be used with the invention in accordance with yet another embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

In the following detailed description, for purposes of explanation, numerous specific details are set forth to pro-

US 9,484,103 B1

3

vide a thorough understanding of the various embodiments of the present invention. Those of ordinary skill in the art will realize that these various embodiments of the present invention are illustrative only and are not intended to be limiting in any way. Other embodiments of the present invention will readily suggest themselves to such skilled persons having the benefit of this disclosure.

In addition, for clarity purposes, not all of the routine features of the embodiments described herein are shown or described. One of ordinary skill in the art would readily appreciate that in the development of any such actual implementation, numerous implementation-specific decisions may be required to achieve specific design objectives. These design objectives will vary from one implementation to another and from one developer to another. Moreover, it will be appreciated that such a development effort might be complex and time-consuming but would nevertheless be a routine engineering undertaking for those of ordinary skill in the art having the benefit of this disclosure.

The various embodiments disclosed herein are not intended to limit the scope and spirit of the herein disclosure. For example, the present invention may be used to enhance the basic architecture of existing storage solutions and devices that use semiconductor memory devices, such as flash memory, including the device disclosed in U.S. Pat. No. 5,822,251, entitled "Expandable Flash-Memory Mass-Storage Using Shared Buddy Lines and Intermediate Flash-Bus Between Device-Specific Buffers and Flash-Intelligent DMA controllers", issued on Oct. 13, 1998, hereinafter named the "Patent", and which is hereby incorporated by reference as if fully set forth herein.

With reference to FIG. 1, the present invention reduces erase cycles in an electronic storage device 10 that uses at least one erase-limited memory device. An erase-limited memory device is any memory device that can only support a limited number of write cycles before exhibiting bit errors. These bit errors will progressively increase in size until data can no longer be reliably read from the memory device. For instance, an erase-limited memory device may be a NAND flash memory devices. A NAND flash memory device is a erase-limited memory device because a NAND flash memory device requires an erase-cycle on a flash block before the flash block may be used to receive a write operation, and the number of erase-cycles that a flash block can support is limited. Once the flash block nears or exceeds this erase cycle limit, data may no longer be written or read from the flash block reliably without some sort of intervention, such as data correction. Eventually, even with data correction, the data stored in the flash block may have too many bit errors that can be adequately corrected, rendering the flash block unusable for its intended purpose.

The term "flash memory device" is intended to include any form of non-volatile solid-state memory, including those that use blocks of non-volatile memory cells, named flash blocks. Each memory cell (not shown) may be single or multi-level. Flash memory devices are known by those of ordinary skill in the art. A flash memory device permits memory operations, such as a write or read operation, to be performed on these flash blocks according to a protocol supported by the flash memory device. A flash memory device may be implemented by using a NAND flash memory device that complies with the Open NAND Flash Interface Specification, commonly referred to as ONFI Specification. The term "ONFI Specification" is a known device interface standard created by a consortium of technology companies, called the "ONFI Workgroup". The ONFI Workgroup develops open standards for NAND flash

4

memory devices and for devices that communicate with these NAND flash memory devices. The ONFI Workgroup is headquartered in Hillsboro, Oreg. Using a flash memory device that complies with the ONFI Specification is not intended to limit the embodiment disclosed. One of ordinary skill in the art having the benefit of this disclosure would readily recognize that other types of flash memory devices employing different device interface protocols may be used, such as protocols compatible with the standards created through the Non-Volatile Memory Host Controller Interface ("NVMHCI") working group. Members of the NVMHCI working group include Intel Corporation of Santa Clara, Calif., Dell Inc. of Round Rock, Tex. and Microsoft Corporation of Redmond, Wash.

In FIG. 1, electronic storage device 10 may have any configuration that can perform memory operations on a memory store 4, which includes at least one erase-limited memory device, such as flash memory devices 14-1, 14-2, through 14-$i$; and that reduces erase-cycles according to the present invention. The variable i reflects the maximum number of flash memory devices that form a portion or all of memory store 4. Electronic storage device 10 may be configured to include a storage processing unit 16 that is coupled to memory store 4 and an I/O (input/output) interface 18. IC interface 18 may be in the form of a SATA (Serial Advanced Technology Attachment), iSCSI (Internet Small Computer System Interface), Fibre Channel, USB (Universal Serial Bus), eSATA (external SATA) interfaces, a network adapter, a PCI (Peripheral Component Interconnect) or PCI-e (PCI Express) bus bridge, or the like. Storage processing unit 18 may include subcomponents, such as a CPU (central processing unit), interconnecting pathways, such as busses and control lines, (collectively referred to as "interconnects"), and a working memory, such as DRAM (dynamic random access memory), which are not illustrated to avoid overcomplicating this disclosure. Storage processing system may also include a memory subsystem 20, a mapping table 22, an embedded operating system, named "OS" 24, and a program code 26. Memory subsystem 20 may include DMA (direct memory access) controllers and interconnects that couple memory subsystem 20 between storage processing system 16 to memory store 4. These device components enable electronic storage device 10 to execute an embedded operating system, such as OS (operating system) 24, that is necessary for processing memory transaction requests, including memory transaction request 28, which are initiated by one or more hosts, including host 30, through a suitable conduit, such as network 32.

Storage processing system 16 uses at least one logical storage unit, named a "flop", when minimizing erase cycles. A flop includes a set of at least two flop sections from one or more minimum erasable locations that are from at least one erase-limited memory device, such as flash block 44 in flash memory device 14-1 and flash blocks 52-1 through 52-$n$ in flash memory device 14-2, respectively. The variable n reflects the maximum number of flash blocks disposed in flash memory device 14-2. In addition, storage processing system 16 maps these flash blocks to a single primary address, such as a LBA (logical block address) address used by host 30. For example, flash memory device 14-1 may be used to include at least two flop sections 42-1 and 42-2, which are created from a single flash block 44 in flash memory device 14-1. Flash block 44 is mapped to a single primary address 62-1, and may thus also be referred to as a flop, such as flop 46. Thus in this example, flop sections are formed from a single flash block. When used to form a flop, each of these mapped flash blocks may be also referred as

US 9,484,103 B1

5

flop blocks. Using this naming convention in FIG. **1**, flop sections **42-1** through **42-2** collectively belong to flop **46**.

In another example, flash memory device **14-2** may be initialized to in include at least two flop sections, such as **50-1** through **50-**$n$, but unlike in the previous example, flop sections **50-1** through **50-**$n$ are created from n number of flash blocks, such as flash blocks **52-1** through **52-**$n$ in flash memory device **14-2**. Flash blocks **52-1** through **52-**$n$ are mapped to a single primary address, and thus may be also referred to as a flop, such as flop **56**. In this example, n number of flash sections are formed from n number of flash blocks. These examples are not intended to limit the embodiment shown in FIG. **1**. Other variations may be used. In another example (not shown), flop sections may be formed from flash blocks that are from different flash memory devices.

A primary address may be any address, such as an LBA, that is associated by a host to data which is subject to a memory transaction request, such as memory transaction request **28** in FIG. **1**. An LBA represents an address that is part of a logical addressing system (not shown) used by a host **30**, and this host may use one or more LBAs in a memory transaction request, such as memory transaction request **28**. Other types of primary addresses may be mapped other than an LBA, including any address that is part of a memory device addressing system used by electronic storage device **10** but is in logical form. The mapping of a primary address to a set of at least one flop blocks may be performed by using a mapping structure, such as mapping table **22**. The form of the mapping structure used to provide the association between a single primary address to a set of flop blocks is not intended to limit the present invention in any way, and any form for the mapping structure may be utilized

In FIG. **2**, mapping table **22** is illustrated in accordance with another embodiment of the present invention. Mapping table **22** includes a set of at least one primary address, such as addresses **62-1**, **62-2**, and **62-**$k$. Mapping table **22** associates LBAs used by a host to the memory device addressing system used by an electronic storage device. This primary address to flop block mapping is named "flop mapping". Flop mapping is used as part of minimizing erase-cycles in selected erase-limited memory devices in memory store **4**. Mapping table **22** is not limited to mapping all primary addresses supported by electronic storage device **10** to a flop or to using all minimum erasable locations available in memory store **4**.

Primary addresses, such as addresses **62-1**, **62-2**, and **62-**$k$, that are mapped to a flop block are subject to reduced erase-cycles. For example, address **62-1**, which is in the form of an LBA, named LBA**1**, is mapped to a set of at least one flash block addresses respectively corresponding to a set of at least one flash blocks, such as PBA (physical block address) **1-1** and flash block **44**. Similarly, address **62-2**, which is in the form of an LBA, named LBA**2**, is mapped to a set of at least one flash block addresses respectively corresponding to a set of at least one flash blocks, such as PBA **2-1** through PBA **2-**$n$ and flash blocks **52-1** through **52-**$n$, respectively. Further, address **62-**$k$, which is in the form of an LBA, named LBAK, is mapped to a set of at least one flash block addresses respectively corresponding to a set of at least one flash blocks **68-1** through **68-**M. These flash block addresses are associated with or have physical block addresses PBA M-1, PBA M-2, PBA M-N, and may be also referred to as flopL. Mapping a host address, such as an LBA, to a set of flash blocks that represent a flop is not intended to limit the present in anyway. Variable k, L, M, and

6

N reflect a variable integer number and are not intended to limit the present invention in any way.

In accordance with yet another embodiment of the present invention, the data associated with the primary address associated with a flop, such as primary address **62-2** and flop **56** in FIG. **2**, respectively, has a data size that is at most equal to the size of the flop section, named "flop section size", initialized from the flop block of flop **56**. For instance, if a flop section is initialized using pages from a flash block then the data associated with the primary address is limited to be at most equal to the page size of the flash block.

Minimum Erasable Location

FIG. **3** illustrates a generic illustration of a flop **70** that has been initialized to include a plurality of flop sections **72**, including a first flop section **74**, in accordance with another embodiment of the present invention. Flop sections **72** may be formed from a minimum erasable location **76** of a memory device. For example, if the memory device used is a flash memory device, such as **14-1** in FIG. **1**, flop sections **70** would be formed from a flash block from this flash memory device since a flash block is the minimum erasable location of a (NAND) flash memory device. A minimum erasable location, such as **76**, may also be referred to in the alternative as a "flop block". Flop **70** can have more than one flop section that contains data but only one of these flop sections will be considered to hold valid data.

In addition, this minimum erasable location is partitioned into at least one flop section, such as flop sections **72**. In accordance with one embodiment of the present invention, a flop section, such as first flop section **74**, represents a minimum writeable area selected for minimum erasable location **76** for the memory device. For example, if the memory device used is a flash memory device, such as **14-1** in FIG. **1**, each flop section from plurality of flop sections **72**, such as first flop section **74**, would be formed from a selected minimum writable area of flash block **44**. A flash block has at least two native minimum writable areas that can be used: a flash block page, named herein as a "page", or a flash block partial page, named herein as a "partial page". In the embodiment disclosed in FIG. **3**, a minimum writeable area is in the form of a page although this is not intended to limit the present invention in any way. Partial pages can be used as flop sections, or other minimum writable areas can be selected that are not native to the flash block. For instance, using additional program logic, a flop section can be comprised of two pages.

The minimum erasable location may be partitioned to have at minimum one flop section although a flop, such as flop **46**, flop **56**, or flop L in FIG. **2**, should have at least two flop sections to provide a reduction in erase cycles in the memory device(s) associated with the flop. For instance in FIG. **4**, one or more flop blocks, such as flop blocks **90-1** through **90-**$n$, can be grouped together to form a flop **92**.

Method of Initializing Flop Sections

FIG. **6** illustrates a method of initializing a flop for minimizing erase cycles in an electronic storage device that uses at least one erase-limited memory device in accordance with yet another embodiment of the present invention. Initializing a flop may be required when electronic device is used for the first time. The method in FIG. **6** is further described below with reference to FIGS. **1**, **2** and **5A**.

A set of at least one minimum erasable locations that will be used to initialize a flop is selected **200**. For example, flash blocks **52-1** through **52-**$n$, in flash memory device **14-2** may be used to provide this set of minimum erasable locations.

US 9,484,103 B1

7

Flash blocks **52-1** through **52-***n* are referred to as flop blocks in FIG. **5**A to indicate that a flop has been initialized using these flash blocks.

A primary address is mapped **202** to these minimum erasable locations. For example, an LBA used by host **30** is mapped to the addresses of flash blocks **52-1** through **52-***n* in flash memory device **14-2** by using mapping table **22**. The addresses of flash blocks **52-1** through **52-***n* may be in the form of physical block addresses, such as PBA **2-1**, PBA **2-2**, and PBA **2-***n*.

These minimum erasable locations are erased **204** by storage processing system **16** as directed by program code **26**. Erasing a minimum erasable location in a flop may also be referred to as initializing a flop block.

Initialization parameters are obtained or calculated, and then stored **206** into non-volatile memory, such as in a flash memory device. These parameters include: the size of a minimum erasable location, the size of the minimum write-able location that will be used as a flop section; the number of flop sections per minimum erasable location; the number of erasable locations mapped to the primary address in step **202**; a sequence range; and an invalid flop section location.

The size of a minimum erasable location in this example is the size of flash block **52-1**. In the embodiment shown, flash blocks that are used as minimum erasable locations are of the same size, and flash block **52-1** may be disposed with a block size of 256 KB.

The size of the minimum writeable location in this example is a flash block page. Although not intended to be limiting in any way, blocks **52-1** through **52-***n* are each disposed to have the same page size, such as 2 KB, and thus the flop sections initialized in this method each have a flop section size of 2 KB.

The number of flop sections per minimum erasable location may be calculated by dividing the size of the minimum erasable location used by the flop section size. In this example, the number of flop sections is equal to the flash block size of 256 KB divided by the flop section size of 2 KB.

The number of erasable locations mapped to the primary address in step **202** is equal to the number of flash block addresses mapped to the primary address in step **202**, which is equal to n in this example.

The sequence range is a range of values, such as ascending numbers, that can be used to identify the relative position of a flop section in a flop according to the section selection sequence used. For instance, if this section selection sequence selects flop sections on per block basis, the beginning sequence value selected for this sequence range can be set to zero (0) and the ending sequence value selected for this sequence range can be set to the number of flop sections per minimum erasable location multiplied by the number of minimum erasable locations in the flop minus one (1). In FIG. **5**A, flop block **56** illustrates a total of (n*z)−1 erased flop sections.

A flop section location is used to point to a specific flop section within a flop. A flop section location includes two values, a flop block index and a flop section index. The flop block index reflects the relative position of a minimum erasable location within the set of minimum erasable locations, and is unique to the particular memory device that contains the minimum erasable location referenced by the minimum erasable identifier. A flash block index is unique to a particular erase-cycle memory device within the flop. For example, referring FIG. **5**B, flop blocks **52-1** through **52-***n*, which are implemented in the form of flash blocks having PBA **2-1** through PBA **2-***n* in FIG. **2**, can be described to

8

have the relative positions of 0, 1, through n−1, respectively. The flop section index reflects the relative position of a flop section within the set of flop sections in a minimum erasable location and is unique to the particular flop section within the minimum erasable location. Flop sections **104-1**, **104-2** through **104-***z* can be described to have a flop section index of 0, 1, through z−1, respectively. Flop section **104-1**, therefore, has a flop section location of 00. An invalid flop section location is a predefined flop section location value that does not point to a particular flop section within a flop. In the example in FIG. **5**B, the value represented by the variables nz is used to represent the invalid flop section location although this value is not intended to limit the present invention in any way.

A section selection sequence is initialized in step **208** and the first minimum writeable location in an erased minimum erasable location in the section selection sequence is treated as an available flop section by storing the location of this available flop section in working memory. Consequently, if the section selection sequence treats flop section **104-1** in flop block **52-1**, as an available flop section, storage processing system stores the values 00 in working memory as an available flop section location **106**. Storage processing system **16** in FIG. **1**, also stores the invalid flop section location value in working memory as a valid flop section location **108**. During succeeding boot-ups of electronics storage device **10**, the available flop section location and valid section location are initialized to contain the invalid flop section location value. An available flop section location is intended to hold a value that represents the next erased flop section location in the section selection sequence that can receive a write operation to store data associated with the primary address mapped to flop **56**.

Section Selection Sequence and Offsets

In accordance with another embodiment of the present invention, each flop section is addressable by using an offset from the address of the flop block which has been initialized to include the flop section. For example in from FIG. **4** flop blocks **90-1** through **90-***n* may be disposed to be in the form of flop L, and thus, these flop blocks are respectively associated with PBA addresses M-**1**, M-**2**, M-N which in turn are associated with flash blocks **68-1**, **68-2** through **68**-M. The means for minimizing erase cycles, such as storage processing system **16** executing program code **26** in FIG. **1**, uses an offset value that points to the beginning boundary of a flop section within each flop.

For example since in FIG. **4**, flop blocks **90-1** through **90-***n* are in the form of flash blocks, and if the minimum writable area selected is a page, then storage processing system **16** would use an offset value that when combined with the address of a flop block, named "flop block address", would point to the beginning page boundary of a page. The flop block address in the example in FIG. **4** is equal to the address of the flash block from which a flop block is formed. For example, flop block **90-1** would have a flop block address equal to the PBA of flash block **68-1**, which is PBA M-**1** in FIG. **4**. The offset value selected is not limited to point to page boundaries but could be used to point within a page, such as when using partial pages as flop sections.

The use of offset values combined with a flop block address to point to flop sections in a flop block is not intended to limit the present invention in any way but any method may be used to permit a storage processing system, such as storage processing system **16** in FIG. **1**, to access a flop section partitioned within a flop block, such as flop block **104-1** through **104-***z* in FIG. **5**B. For instance, if storage processing system **16** receives a memory transaction

US 9,484,103 B1

9

request for data with a primary address that is mapped to a flop through mapping table **22**, storage processing system **16** selects a flop section from the flop according to a chosen section selection sequence. If this flop has not been mapped to any minimum erasable locations, storage processing system **16** initializes the flop as discussed earlier with reference with FIG. **5A**. After initialization, storage processing system **16** selects flop sections sequentially according to this section selection sequence. Each used flop section may then be reused after their flop block is re-initialized, rendering the newly initialized or created flop sections to be selected and used once again.

After flop initialization, storage processing system **16** under program code **22** uses this section selection sequence to find certain flop sections. For write operations that involve a flop, storage processing system **16** searches for an available flop section. An available flop section is a flop section that has been initialized but has not yet been used to store data. Storage processing system **16** may only use an available flop section once to store data until the flop block for this flop section is initialized again. For read operations that involve a flop, storage processing system **16** searches for a valid flop section. A valid flop section is a flop section that holds the most current data in the set of flop section in the same flop. Since a flop has more than one flop section, data from the same primary address is written only to an available flop section. There is only one available flop section and only one valid flop section per flop. Storage processing system **16** keeps a record of the location of the available flop section and the location of valid flop section by storing these locations in working memory as further described herein.

The section selection sequence used may be any sequence suitable for sequentially accessing initialized flop sections, and the following section selection sequence examples below are not intended to limit the present invention in any way. For example, storage processing system **16** may be disposed to select flop sections only from the same flop block in a flop having more than two flop blocks. Flop sections from another flop block within the same flop are not selected until all erased flop sections from the prior used flop block have been used. With reference to FIGS. **1** and **4**, under this example of a section selection sequence, storage processing system **16** selects the first flop section **94-1**, named "section **1**", in flop block **90-1**, then the second flop section **94-2**, named "section **2**", in flop block **90-1**, and so on until the flop section sought by storage processing system **16** is found. In a write operation, storage processing system **16** only uses flop sections from another flop block in flop **92**, such as flop block **90-2**, if all flop sections in flop block **90-1** have been used and no flop sections in flop block **90-1** are available to store data. In effect, flop sections are selected sequentially per flop block under this section selection sequence.

Storage processing system **16** can obtain the flop block address of flop block **90-1** from the mapping structure that provides the mapping of primary addresses with flops, such as mapping table **22** in FIG. **1**. Storage processing system **16** uses successive offsets beginning from the flop block address provided by a primary address to flop mapping table, such as mapping table **22** in FIG. **4**, to sequentially access another available flop section until flop sections have been accessed in the flop block.

After all flop sections in flop block **90-1** have been used and no other flop sections are available in flop block **90-1**, storage processing system **16** selects another flop section, if available, by using the next flop address that is associated with another flop block in flop **92** in mapping table **22**. For

10

instance, storage processing system **16** selects flop section **1** from flop block **90-2** by using its flop block address, and then sequences down to each section in flop block **90-2** by using an offset value. This continues, until all available flop sections in flop block **90-2** have been used, and if so, storage processing selects sections from flop block **90-n** by using this selection sequence until all available flop sections in flop **92** have been used. After all flops sections have been used for each flop block in flop **92**, storage processing system **16** re-initializes the flop blocks in flop **92** again in the same manner.

In another example of a section selection sequence, storage processing system **16** may instead select an available flop section from a first flop block and in a subsequent selection selects an available flop section only from flop blocks that were not selected in a prior selection of an available flop section and that are from the same flop. Only after storage processing system **16** has selected one available flop section from each of these flop blocks from the same flop, can storage processing system **16** again select another available flop section from the same flop block used previously.

With reference again to FIG. **4**, under this example of a section selection sequence, storage processing system **16** selects the first flop section **1** in flop block **90-1**, then flop section **1** in flop block **90-2**, and so on until there are no other flop blocks available in flop **92** that were not used in a prior selection of an available flop section. Any subsequent section selection sequence is made from a flop block that is different from the flop block used in the prior section selection sequence until all flop blocks have been used to provide a flop section under the section selection sequence. When each flop block, such as flop blocks **90-1** through **90-n**, have been used in the section selection sequence, storage processing system **16** returns to flop block **90-1** and selects flop section **2**, and in another write cycle, selects flop section **2** from flop block **90-2** and so on until all flop blocks have been again used to provide a flop section under the section selection sequence. In effect, flop sections are selected under this section selection sequence across flop blocks from the same flop. The algorithm used by storage processing system **16** under this section selection sequence may include using the first flop block address listed in mapping table **22** that is mapped to the primary address associated with the data that will be written into an available flop section that is selected under the section selection sequence.

After initializing at least one flop so that the flop can be used to minimize erase cycles in erase-limited memory devices, storage processing system **16** tracks which flop blocks can be erased and which flop sections are available to receive data. Flop sections available to receive data may herein also be referred to as "available flop sections." In accordance with one embodiment of the present invention, storage processing system **16** uses a set of sequence numbers that is comprised of sequential numbers that are unique with respect to each other. Storage processing system **16** stores one of these sequence numbers with each data that is subject to a write transaction, such as data having primary address **62-1** in FIG. **2**, when storing the data into an available flop section. The amount of sequence numbers in this set of sequence numbers is equal to the number of flop sections initialized in a flop, such as flop **56** in FIGS. **5A-5D**, and no two sequence numbers are the same in the same flop. For example, if flop **56** has been initialized to include flop sections **104-1** through **104-z**, and each flop block contains z number of flop sections, the set of sequence numbers

US 9,484,103 B1

11

would include n*z numbers that are in sequence, where z represents an arbitrary number. Integer numbers may be used in the set of sequence numbers, in the example set of sequence numbers example immediate above, can range from 0 through $((n*z)-1)$.

Before a flop can be used to minimize erase cycles, storage processing system **16** creates a flop by mapping the respective flop block address of flop blocks that will comprise the flop to a primary address. For example, referring again to FIGS. **2** and **5A-5D**, storage processing system **16** maps primary address **62-2** to the addresses of flash blocks **52-1** through **52-***n* of flop **56**. At least one of these flop blocks, such as flop blocks **102-1** through **102-***n*, that is mapped to the primary address **62-2** is then erased by storage processing system **16** to initialize flop sections in flop **56**.

For the first write operation that is performed after initialization of the flop sections and that pertains to data associated with primary address **62-2**, storage processing system **16** selects the first available flop section, such as flop section **104-1** in FIG. **5B**, according to the section selection sequence used. After selecting the first available flop section, storage processing system **16** writes this data in flop section **104-1**, and records the location of flop section **104-1** in the working memory as the valid flop section location **108** as illustrated in FIG. **5C**. Storage processing system **16** also embeds the first number in a set of sequence numbers with this data in flop section **104-1**; and updates available flop section location **106** to reflect the location of the next erased flop section under the section selection sequence used and that can be used to receive data in a subsequent write operation involving primary address **62-2**. For example in FIG. **5C**, the next available flop section that reflects the location of the next flop section under the section selection sequence is flop section **104-2** and its location of 01 is stored in available flop section location **106** in working memory.

FIG. **5D** illustrates the states of flop sections in a flop block, such as flop block **102-1**, after a storage processing system performs the second write operation on flop block **102-1** in accordance with yet another embodiment of the present invention. For the second write operation that is performed for data associated with primary address **62-2**, storage processing system **16** selects the first available flop section, which is now flop section **104-2** in FIG. **5C**, in flop **56** according to the section selection sequence used. After selecting the first available flop section, storage processing system **16** writes this data in flop section **104-2**, and records the location of flop section **104-2** in the working memory as the valid flop section location **108** as illustrated in FIG. **5D**. Since **104-1** is no longer in the erased state and neither the available flop section location nor the valid flop section location point flop section **104-1**, flop section **104-1** can be described as "unknown" since cannot be used by storage system processing to read or write data until the flop sections in flop block **102-1** are initialized again. This "unknown" state is not recorded by storage processing system **16** in the embodiment shown.

Storage processing system **16** also embeds the second number in a set of sequence numbers with this data in flop section **104-2**; and updates available flop section location **106** to reflect the location of the next erased flop section under the section selection sequence used and that can be used to receive data in a subsequent write operation involving primary address **62-2**. For example in FIG. **5D**, the next available flop section that reflects the location of the next flop section under the section selection sequence is flop section **104-3** and its location of 02 is stored in available flop section location **106** in working memory.

12

FIG. **7** illustrates a method of performing a write operation in an electronic storage device that minimizes erase cycles in at least one erase-limited memory device, named "flop write operation", in accordance with yet another embodiment of the present invention. The method in FIG. **7** is further described below with reference to FIGS. **1** and **2** and is performed after a set of flop sections have been initialized, such as by the flop section initialization method disclosed above with reference to FIG. **6** above.

Upon receiving a memory transaction **28** from host **30** through IO interface **18**, electronic storage device **10** through storage processing system **16** will determine whether the memory transaction **28** pertains to a read or write memory operation involving a primary address, such as a LBA **62-2** (LBA **2**). If memory transaction **28** pertains to a write operation, the method in FIG. **7** is performed.

At **300**, it is determined whether the available flop section location in working memory for flop **56** is valid. Determining whether the available flop section location is valid may include comparing the available flop section location value stored in working memory to the value stored in working memory that represents the invalid flop section location. If these values are the same then the available flop section location is not valid.

If yes, the process flow proceeds to step **312**. If no, mapping table **22** is searched **302** for LBA **62-2**. A flop section that has been initialized from one of the flash blocks mapped to LBA **62-2** is read **304** according to a section selection sequence. In this example, the section selection sequence sequentially selects flop sections in the same flash block before selecting another flop section in another flash block and keeps track of the number of flop sections read.

It is determined **306** whether the currently read flop section is erased.

If yes, it is determined **308** whether all flop sections have been read under the section selection sequence. In this example, storage processing system **16** determines whether all flop sections have been read in the flop by dividing the maximum erasable location size with the minimum writable location size and multiplying the quotient by the number of flop blocks in the flop. A result that is equal to the current number of flop sections read indicates that storage processing system has reach the end of the flop. If yes, the process flow proceeds to step **310**.

At step **310**, the location of the next erased flop section is stored as the available flop section location in working memory. In this example, the next erased flop section location is the erased flop section location that is subsequent to the first erased flop section under the section selection sequence used, such as flop section **104-1**. In one embodiment of the present invention, the information stored in working memory as a flop section location includes two values, a flop block index and a flop section index. Consequently, the next available flop section location reflects the flop block index and the flop section index of the available flop section location found in step **310**. In addition, the first sequence number in the sequence range, which can be previously calculated and stored in non-volatile memory during the initialization of the flop, is stored in working memory as the current sequence number. The process flow then leads to step **312**.

If at step **308**, it is determined that not all flop section have been read under the section selection sequence, the program flow returns to step **304**, and the next flop section under the section selection sequence is read.

If at step **306**, it is determined that the currently read flop section is not erased, the sequence number stored with the

US 9,484,103 B1

**13**

data in the currently read flop section and the flop section location of the currently read flop section are stored **314** as the current sequence number and the valid flop section location respectively in working memory.

At step **316**, it is determined whether all flop sections have been read under the section selection sequence.

If yes, the location of the next erased flop section in the section selection sequence is stored **318** in working memory as the available flop section location. This process flow then proceeds to step **320**, where the current sequence number that is currently stored in working memory is incremented. The process flow then proceeds to step **312**.

If at step **316** not all of the flop sections have been read in the flop, the next flop section in the section selection sequence is read **322**.

At step **324**, it is determined whether next flop section read in step **322** is erased, and if so, the location of next flop section in the section selection sequence is stored **326** as the available flop section location in working memory. The program flow then proceeds to step **320**.

If at step **324**, the next flop section read in step is not erased; it is determined **328** whether the sequence number read from the next flop section read in step **322** is more recent than the current sequence number stored in working memory.

If no, then the process flow proceeds to step **316**, and if yes, then the process flow proceeds to step **314**.

At step **312**, the data associated with the primary address, such as LBA **2**, that is subject to the memory write transaction request; is written to the flop section corresponding to the available flop section location stored in working memory. In addition, the current sequence number, such as the current sequence number stored in working memory is also stored in the same flop section as the data. Further, the previous valid flop section location is temporarily stored in working memory, the available flop section location is stored as the valid flop section location in working memory, and the next erased flop section in the section selection sequence is noted by storing the location of this next erased flop section as the available flop section location in working memory.

At step **330**, the current sequence number is incremented.

At step **332**, it is determined whether the previous valid flop section location temporarily stored in working memory is valid. A previous valid flop section is valid if the write memory operation is at least the second subsequent write memory operation performed after initialization of the flop. Consequently, in the example in FIG. **2**, the only time the previous valid flop section location is not valid occurs immediately after the initialization of flop **56**.

If a previous valid flop section is not valid, the process flow completes and exits.

If a previous valid flop section is valid, the process flow continues to step **334**, where it is determined **334** whether the flop block of the previous valid flop section contains only invalid flop sections. This may be performed by determining whether the valid flop section location contains a value that now points to a flop block that is different than the flop block pointed to by the previous valid flop section location value.

At step **344**, the flop block of the previous valid flop section is erased and the process flow can then terminate.

FIG. **8** illustrates a method of performing a read operation in an electronic storage device that minimizes erase cycles in at least one erase-limited memory device, named "flop read operation", in accordance with yet another embodiment of the present invention. The method in FIG. **8** is further described below with reference to FIGS. **1** and **2** and is performed after a set of flop sections have been initialized,

**14**

such as by the flop section initialization method disclosed above with reference to FIG. **6** above.

Upon receiving a memory transaction **28** from host **30** through IO interface **18**, electronic storage device **10** through storage processing system **16** will determine whether the memory transaction **28** pertains to a read or write memory operation involving a primary address, such as a LBA **62-2**. If memory transaction **28** pertains to a read operation, the method in FIG. **8** is performed.

At **400**, it is determined whether the available flop section location stored in working memory for flop **56** is valid. Determining whether this flop section location is valid may include comparing the available flop section location value to the stored invalid flop section location value. If these values are not equal then the available flop section location value in working memory is valid.

If yes, the process flows to step **312**. If no, mapping table **22** is searched **402** for LBA **62-2**. A flop section that has been initialized from one of the flash blocks mapped to LBA **62-2** is read **404** according to a section selection sequence. In this example, the section selection sequence sequentially selects all flop sections in the same flash block before selecting another flop section in another flash block.

It is determined **406** whether currently read flop section is erased.

If yes, it is determined **408** whether all flop sections have been read under the section selection sequence.

At step **410**, if all flop sections have been read, the location of the next erased flop section is stored as the available flop section location in working memory. In addition, the first sequence number in the sequence range, which can be previously calculated and stored in non-volatile memory during the initialization of the flop, is stored in working memory as the current sequence number. The process flow then leads to step **412**.

If at step **408**, it is determined that not all flop section have been read under the section selection sequence, the program flow returns to step **404**, and the next flop section under the section selection sequence is read.

If at step **406**, it is determined that the currently read flop section is not erased, the sequence number stored with the data in the currently read flop section and the flop section location of the currently read flop section are stored **414** as the current sequence number and the valid flop section location respectively in working memory.

At step **416**, it is determined whether all flop sections have been read under the section selection sequence.

If yes, the location of the next erased flop section in the section selection sequence is stored **418** in working memory as the available flop section location. This process flow then proceeds to step **420**, where the current sequence number that is currently stored in working memory is incremented. The process flow then proceeds to step **412**.

If at step **416** not all of the flop sections have been read in the flop, the next flop section in the section selection sequence is read **422**.

At step **424**, it is determined whether next flop section read in step **422** is erased, and if so, the location of next flop section in the section selection sequence is stored **426** as the available flop section location in working memory. The program flow then proceeds to step **420**.

If at step **424**, the next flop section read in step is not erased; it is determined **428** whether the sequence number read from the next flop section read in step **422** is more recent than the current sequence number stored in working memory.

US 9,484,103 B1

15                                                              16

If no, then the process flow proceeds to step **416**, and if yes, then the process flow proceeds to step **414**.

At step **412**, data stored in the flop section corresponding to the valid flop section location stored in working memory is read and sent to the host. The process flow can then terminate.

FIG. **9** illustrates a multilevel structure **500** that may be used with the present invention. Multilevel structure **500** may be written in an erase-limited memory device, such as flash memory device **14-1** in FIG. **1**. Multilevel structure **500** includes control data **501** stored at the top level, sometimes referred to as the root node, of the multilevel structure **500**. The contents of control data **501** include the physical locations of control data at level below the top-most level, such as second control data **502**, **503**, and **504**. Control data **501** may be referred to as the parent of **504**, and **504** is a child of control data **501**. Similarly, control data **504** is the parent of control data **505**, and control data **505** is a child of **504**. A parent can have multiple children but a child can only have one parent.

When a child changes its physical location, its parent will incur a change in content and will have to be written to the target flash memory device storing the parent. In an implementation where every write to the flash memory device requires a change in physical location, such as in pre-erase memory addressing, a change in any level below the top level in the multilevel structure, such as control data **507** will cause a change to its parent, such as control data **504** which will in turn cause a change to its parent, such as **501**. This domino effect flows from changes incurred from a lower level to a higher level, resulting in a change in control data at the top level any time a change occurs at any of the lower levels of multilevel structure **500**. When using a flop in a multilevel structure **500**, the parent mapped to the flop will not incur the domino effect since the parent will only need to store the address of the flop, and thus, the parent will not incur a change if the location of any of its children changes

For example, referring to FIGS. **1** and **2**, if the parent is in the form of control data **501** and control data **501** is mapped to flop **46**, any changes to control data that are children to control data **501** will be written to flop sections of flop **46** and erase-cycles will be delayed until a flop block is re-initialized, reducing or minimizing erase cycles in flash block **46**.

While the present invention has been described in particular embodiments, it should be appreciated that the present invention should not be construed as limited by such embodiments. Rather, the present invention should be construed according to the claims below.

We claim:

1. A method comprising:
mapping a primary address to a set of minimum erasable locations in a storage device;
initializing the set;
obtaining and storing initialization parameters; and
initializing a section selection sequence that determines a first minimum writeable location in the set.

2. The method of claim **1**, wherein the set of minimum erasable locations comprises a flash block in a non-volatile memory device.

3. The method of claim **1**, wherein the set of minimum erasable locations comprises a plurality of flash blocks in a non-volatile memory device.

4. The method of claim **1**, wherein initializing the set comprises erasing the set.

5. The method of claim **1**, wherein the first minimum writable location comprises a flash section.

6. The method of claim **1**, wherein the initialization parameters comprises at least one of the following: a size of a minimum erasable location; a size of a minimum writeable location; a number of minimum erasable locations mapped to the primary address; a sequence range; and an invalid flash section location.

7. The method of claim **6**, wherein the size of the minimum writable location comprises a flash block page.

8. The method of claim **1**, wherein the section selection sequence indicates an available minimum writable location that can receive a write operation to store data associated with the primary address that is mapped to the set.

9. The method of claim **8**, wherein the available minimum writable location is no longer in an erased state after a write operation is performed on the available minimum writable location and wherein the section selection sequence indicates another available minimum writable location that can receive a second write operation to store data associated with the primary address that is mapped to the set.

10. An apparatus comprising:
a storage device configured to map a primary address to a set of minimum erasable locations in a storage device, initialize the set, obtain and store initialization parameters, and initialize a section selection sequence that determines a first minimum writeable location in the set.

11. The apparatus of claim **10**, wherein the set of minimum erasable locations comprises a flash block in a non-volatile memory device.

12. The apparatus of claim **10**, wherein the set of minimum erasable locations comprises a plurality of flash blocks in a non-volatile memory device.

13. The apparatus of claim **10**, wherein the storage device is configured to initialize the set by erasing the set.

14. The apparatus of claim **10**, wherein the first minimum writable location comprises a flash section.

15. The apparatus of claim **10**, wherein the initialization parameters comprises at least one of the following: a size of a minimum erasable location; a size of a minimum writeable location; a number of minimum erasable locations mapped to the primary address; a sequence range; and an invalid flash section location.

16. The apparatus of claim **15**, wherein the size of the minimum writable location comprises a flash block page.

17. The apparatus of claim **10**, wherein the section selection sequence indicates an available minimum writable location that can receive a write operation to store data associated with the primary address that is mapped to the set.

18. The apparatus of claim **17**, wherein the available minimum writable location is no longer in an erased state after a write operation is performed on the available minimum writable location and wherein the section selection sequence indicates another available minimum writable location that can receive a second write operation to store data associated with the primary address that is mapped to the set.

19. An article of manufacture, comprising:
a non-transient computer-readable medium having stored thereon instructions operable to permit an apparatus to:
map a primary address to a set of minimum erasable locations in a storage device;
initialize the set;
obtain and store initialization parameters; and
initialize a section selection sequence that determines a first minimum writeable location in the set.

* * * * *