# EXHIBIT A-1

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| 19. A direct memory access controller for transferring data to or from a memory, and for encrypting or decrypting said data upon receiving a data processing request, the direct memory access controller comprising: | Kingston provides a "direct memory access controller for transferring data to or from a memory." *See, e.g.*, <br><br> The Kingston DC3000ME is a solid-state drive in the U.2 form factor, launched in February 2025. It is available in capacities ranging from 3.8 TB to 15 TB. This page reports specifications for the 15 TB variant. With the rest of the system, the Kingston DC3000ME interfaces using a PCI-Express 5.0 x4 connection. The SSD controller is the MV-SS1333 from Marvell, a DRAM cache chip is available. Kingston has installed 232-layer TLC NAND flash on the DC3000ME, the flash chips are made by Micron. Thanks to support for the fast PCI-Express 5.0 interface, performance is excellent. The DC3000ME is rated for sequential read speeds of up to 14,000 MB/s and 9,700 MB/s write; random IO reaches 2800K IOPS for read and 400K for writes. 1 <br><br> For AI and ML workloads, the DC3000ME with its Gen5 interface offers superior read throughput and read IOPS. This means that even a single DC3000ME drive can effectively deliver IO to multiple GPUs to effectively saturate performance. The result is faster training times and fewer SSDs needed, especially compared to Gen4, to keep up with multiple GPUs, reducing infrastructure costs while maintaining performance. 2 <br><br> DC3000ME complements AI infrastructure with its high bandwidth, easily taking care of data-intensive workloads and enabling seamless GPU utilization. The ability to serve multiple GPUs simultaneously accelerates AI training and inference activities, making them more efficient and productive. With growing compute demands, Gen5 SSD scalability enables data centers to adapt and meet tomorrow's demands. 2  <br><br> 1. https://media.kingston.com/kingston/pdf/ktc-blog-servers-and-data-centers-pcie-gen5-ssd-solutions-performance-efficiency-ebook-us.pdf <br> 2. https://www.techpowerup.com/ssd-specs/kingston-dc3000me-3-8-tb.d2346 |

—1—

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| 3 | <br><br>3. https://www.marvell.com/content/dam/marvell/en/public-collateral/storage/marvell-ssd-mv-ss1331-1333-product-brief.pdf |

—2—

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| 19. A direct memory access controller for transferring data to or from a memory, and for encrypting or decrypting said data upon receiving a data processing request, the direct memory access controller comprising: | Kingston provides a "direct memory access controller for transferring data to or from a memory, and for encrypting or decrypting said data upon receiving a data processing request." *See, e.g.*, <br><br> The Bravera SC5 SSD controllers feature 72-bit DDR interface with the option of using either DDR4 or LPDDR4X and has 10 embedded processor cores: Arm® Cortex®-R8 cores plus additional Cortex-M7 cores for providing further flexibility. In addition, a Cortex-M3 processor core with integrated instruction/data SRAM and crypto engines (AES, SHA, RSA, ECC) in a secure boundary handles the security (TCG) standards for all secure drive control and key management. [1] <br><br> **AES 256-bit encryption** [3] <br><br> Secure sensitive data with AES 256-bit hardware-based encryption and TCG Opal 2.0. <br><br> » **NVMe end-to-end data protection:** Providing end-to-end protection of data along the entire storage path.[2] <br><br> 1. https://www.marvell.com/content/dam/marvell/en/public-collateral/storage/marvell-ssd-mv-ss1331-1333-product-brief.pdf <br> 2. https://media.kingston.com/kingston/pdf/ktc-blog-servers-and-data-centers-pcie-gen5-ssd-solutions-performance-efficiency-ebook-us.pdf <br> 3. https://www.kingston.com/en/ssd/dc3000me-data-center-solid-state-drive |

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| 19. A direct memory access controller for transferring data to or from a memory, and for encrypting or decrypting said data upon receiving a data processing request, the direct memory access controller comprising: | **AES 256-bit encryption** [3]<br><br>Secure sensitive data with AES 256-bit hardware-based encryption and TCG Opal 2.0.<br><br>TCG Opal is a security standard developed by the Trusted Computing Group (TCG) that defines how self-encrypting drives (SEDs) perform and manage hardware-based encryption and access control. It ensures consistent vendor-neutral features such as automatic data encryption, pre-boot authentication, and secure drive erase, making it easier for organizations to manage and protect sensitive data.[1]<br><br><table><tr><td>Encryption</td><td>Yes - TCG Opal 2.0, AES 256-bit encryption [3]</td></tr></table><br>**TCG Opal 2.0**<br><br>TCG is the international industry standards group that defines hardware-based root of trust for interoperable trusted computing platforms. This protocol can initialize, authenticate, and manage encrypted SSDs through usage of independent software vendors featuring TCG Opal 2.0 security management solutions such as Symantec™, McAfee™, WinMagic® and others.[2]<br><br>1. https://www.kingston.com/en/ssd/encrypted<br>2. https://www.kingston.com/en/blog/data-security/how-ssd-encryption-works<br>3. https://www.kingston.com/en/ssd/dc3000me-data-center-solid-state-drive |

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| 19. A direct memory access controller for transferring data to or from a memory, and for encrypting or decrypting said data upon receiving a data processing request, the direct memory access controller comprising: | On drives that support multiple users and multiple locking ranges, it is possible to assign fine-grained permissions to users regarding the locking ranges that they can access. Once the user has authenticated with their password, they can lock or unlock the permitted locking ranges for either reading or writing.<br><br>On devices that support encryption, the blocks covered by a locking range are cryptographically protected until they are unlocked by a user. When the range is unlocked, its media encryption key is decrypted using the user's credentials, loaded into memory, and from there on the contents of the range can be read or written normally.<br><br>**Locking ranges**<br><br>Storage devices that follow the TCG specification divide their storage space into *locking ranges*:<br><br>| Range 1 | Global range | Range 3 | Range 2 | Global range |<br><br>For each range, you can specify the start and end block in logically based addresses. The ranges can also be independently locked and unlocked, and you can set if they should automatically re-lock on a power cycle. Devices typically support up to 8 ranges, but this varies by SSC and product.<br><br>https://sedmanager.app/docs/theory/the_tcg_spec/#locking-ranges |

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| | **Locking and encryption features**<br><br>*Locking* and encryption are different concepts:<br><br>• **Locking** refers to protecting access to the storage device's data through password authentication. Locking does not require the data to be encrypted, so, for example, one could unsolder the flash memory chips from an SSD to bypass the firmware's locking mechanism and access the data. For example, the Pyrite SSC supports locking, but does not necessarily support encryption.<br><br>• **Encryption**, on the other hand, refers to encrypting the data that resides in the memory chips. When combined with locking - which is mandatory for all SSCs - encryption makes it impossible to bypass the firmware locking by unsoldering the chips or in any other way. The Opal, Opalite, Ruby, and Enterprise SSCs all have mandatory support for encryption. The Key per I/O SSC has a different approach, but also supports encryption.<br><br>https://sedmanager.app/docs/theory/the_tcg_spec/#locking-ranges |

—6—

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| a means for performing a DMA data transfer, said means for performing a DMA data transfer including at least one DMA engine configured for transferring data; | Kingston provides "a means for performing a DMA data transfer, said means for performing a DMA data transfer including at least one DMA engine configured for transferring data." *See, e.g.,*  For AI and ML workloads, the DC3000ME with its Gen5 interface offers superior read throughput and read IOPS. This means that even a single DC3000ME drive can effectively deliver IO to multiple GPUs to effectively saturate performance. The result is faster training times and fewer SSDs needed, especially compared to Gen4, to keep up with multiple GPUs, reducing infrastructure costs while maintaining performance. [2]<br><br>DC3000ME complements AI infrastructure with its high bandwidth, easily taking care of data-intensive workloads and enabling seamless GPU utilization. The ability to serve multiple GPUs simultaneously accelerates AI training and inference activities, making them more efficient and productive. With growing compute demands, Gen5 SSD scalability enables data centers to adapt and meet tomorrow's demands. [2]<br><br>The Kingston DC3000ME is a solid-state drive in the U.2 form factor, launched in February 2025. It is available in capacities ranging from 3.8 TB to 15 TB. This page reports specifications for the 15 TB variant. With the rest of the system, the Kingston DC3000ME interfaces using a PCI-Express 5.0 x4 connection. The SSD controller is the MV-SS1333 from Marvell, a DRAM cache chip is available. Kingston has installed 232-layer TLC NAND flash on the DC3000ME, the flash chips are made by Micron. Thanks to support for the fast PCI-Express 5.0 interface, performance is excellent. The DC3000ME is rated for sequential read speeds of up to 14,000 MB/s and 9,700 MB/s write, [1] random IO reaches 2800K IOPS for read and 400K for writes.<br><br>1. https://www.techpowerup.com/ssd-specs/kingston-dc3000me-3-8-tb.d2346<br>2. https://media.kingston.com/kingston/pdf/ktc-blog-servers-and-data-centers-pcie-gen5-ssd-solutions-performance-efficiency-ebook-us.pdf<br>3. https://www.marvell.com/content/dam/marvell/en/public-collateral/storage/marvell-ssd-mv-ss1331-1333-product-brief.pdf |

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| a means for performing data processing coupled to said means for performing a DMA data transfer, said data processing includes encrypting or decrypting said data in response to a DPC hit signal by at least using a DPC channel to intercept said data, causing said data to be transferred to said means for performing data processing. | Kingston provides "a means for performing data processing coupled to said means for performing a DMA data transfer, said data processing includes encrypting or decrypting said data in response to a DPC hit signal by at least using a DPC channel to intercept said data, causing said data to be transferred to said means for performing data processing." *See, e.g.,* <br><br> **Enhanced security** <br><br> The DC3000ME is TCG Opal 2.0 compliant and includes AES 256-bit encryption for robust security. This feature ensures unauthorized users are locked out and data from the drive cannot be stolen if the device is physically ejected. Aside from its enhanced security capabilities, the DC3000ME provides: <br><br>  <br><br> » **Hardware-based power failure protection:** Data integrity persists even with unexpected power failure. <br><br> » **NVMe end-to-end data protection:** Providing end-to-end protection of data along the entire storage path. <br><br> » **Firmware update without reset:** Facilitating continuous firmware updates without resetting.[1] <br><br> The Bravera SC5 SSD controllers feature 72-bit DDR interface with the option of using either DDR4 or LPDDR4X and has 10 embedded processor cores: Arm® Cortex®-R8 cores plus additional Cortex-M7 cores for providing further flexibility. In addition, a Cortex-M3 processor core with integrated instruction/data SRAM and crypto engines (AES, SHA, RSA, ECC) in a secure boundary handles the security (TCG) standards for all secure drive control and key management. [2] <br><br> 1. https://media.kingston.com/kingston/pdf/ktc-blog-servers-and-data-centers-pcie-gen5-ssd-solutions-performance-efficiency-ebook-us.pdf <br> 2. https://www.marvell.com/content/dam/marvell/en/public-collateral/storage/marvell-ssd-mv-ss1331-1333-product-brief.pdf |

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| a means for performing data processing coupled to said means for performing a DMA data transfer, said <u>data processing includes encrypting or decrypting said data</u> <u>in response to a DPC hit signal</u> by at least using a DPC channel to intercept said data, causing said data to be transferred to said means for performing data processing. | Kingston provides "a means for performing data processing coupled to said means for performing a DMA data transfer, said data processing includes encrypting or decrypting said data in response to a DPC hit signal by at least using a DPC channel to intercept said data, causing said data to be transferred to said means for performing data processing." *See, e.g.,* <br><br> **Locking and encryption features** <br><br> *Locking* and encryption are different concepts: <br><br> • **Locking** refers to protecting access to the storage device's data through password authentication. Locking does not require the data to be encrypted, so, for example, one could unsolder the flash memory chips from an SSD to bypass the firmware's locking mechanism and access the data. For example, the Pyrite SSC supports locking, but does not necessarily support encryption. <br><br> • **Encryption**, on the other hand, refers to encrypting the data that resides in the memory chips. When combined with locking - which is mandatory for all SSCs - encryption makes it impossible to bypass the firmware locking by unsoldering the chips or in any other way. The Opal, Opalite, Ruby, and Enterprise SSCs all have mandatory support for encryption. The Key per I/O SSC has a different approach, but also supports encryption. <br><br> **Locking ranges** <br><br> Storage devices that follow the TCG specification divide their storage space into *locking ranges*: <br><br> Range 1   Global range   Range 3   Range 2   Global range <br><br> For each range, you can specify the start and end block in logically based addresses. The ranges can also be independently locked and unlocked, and you can set if they should automatically re-lock on a power cycle. Devices typically support up to 8 ranges, but this varies by SSC and product. <br><br> On drives that support multiple users and multiple locking ranges, it is possible to assign fine-grained permissions to users regarding the locking ranges that they can access. Once the user has authenticated with their password, they can lock or unlock the permitted locking ranges for either reading or writing. <br><br> On devices that support encryption, the blocks covered by a locking range are cryptographically protected until they are unlocked by a user. When the range is unlocked, its media encryption key is decrypted using the user's credentials, loaded into memory, and from there on the contents of the range can be read or written normally. <br><br> https://sedmanager.app/docs/theory/the_tcg_spec/#locking-ranges |

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| a means for performing data processing coupled to said means for performing a DMA data transfer, said data processing includes encrypting or decrypting said data in response to a DPC hit signal by at least using a DPC channel to intercept said data, causing said data to be transferred to said means for performing data processing. | The Bravera SC5 SSD controllers feature 72-bit DDR interface with the option of using either DDR4 or LPDDR4X and has 10 embedded processor cores: Arm® Cortex®-R8 cores plus additional Cortex-M7 cores for providing further flexibility. In addition, a Cortex-M3 processor core with integrated instruction/data SRAM and crypto engines (AES, SHA, RSA, ECC) in a secure boundary handles the security (TCG) standards for all secure drive control and key management.  2 <br><br> **Enhanced security** <br><br> The DC3000ME is TCG Opal 2.0 compliant and includes AES 256-bit encryption for robust security. This feature ensures unauthorized users are locked out and data from the drive cannot be stolen if the device is physically ejected. Aside from its enhanced security capabilities, the DC3000ME provides: <br><br> » **Hardware-based power failure protection:** Data integrity persists even with unexpected power failure. <br><br> » **NVMe end-to-end data protection:** Providing end-to-end protection of data along the entire storage path. <br><br> » **Firmware update without reset:** Facilitating continuous firmware updates without resetting.  1 <br><br>  <br><br> 1. https://media.kingston.com/kingston/pdf/ktc-blog-servers-and-data-centers-pcie-gen5-ssd-solutions-performance-efficiency-ebook-us.pdf <br> 2. https://www.marvell.com/content/dam/marvell/en/public-collateral/storage/marvell-ssd-mv-ss1331-1333-product-brief.pdf |

**Exhibit A-1**
**U.S. Patent No. 7,716,389**

| '389 Patent, Claim 19 | Exemplary Infringing Product: Kingston DC3000ME PCIe 5.0 NVMe U.2 SSD |
|---|---|
| a means for performing data processing coupled to said means for performing a DMA data transfer, said data processing includes encrypting or decrypting said data in response to a DPC hit signal by at least using a DPC channel to intercept said data, causing said data to be transferred to said means for performing data processing. | **High-performance encrypted SSDs with hardware security**<br><br>**Fast, secure storage for server, desktop and lapotop environments**<br><br>Kingston encrypted SSDs deliver high-speed performance and hardware-level data protection for server, desktop, and laptop workloads. Self-encrypting drives with AES 256-bit encryption and TCG Opal 2.0 compliance safeguard sensitive information without impacting system speed. Kingston IronKey FIPS certified external storage provides secure backups with multi-password support, dual read-only modes, and touchscreen management. Together, these data security SSDs offer reliable, high-performance storage with end-to-end security for mission-critical and data-sensitive applications.<br><br>https://www.kingston.com/en/ssd/encrypted |