# EXHIBIT B-1

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| 59.  A <u>memory controller</u>, comprising:<br><br>an <u>interface controller</u> coupled to a <u>memory device interface</u> and an <u>input/output (I/O) device interface</u>; | Kingston provides "an interface controller coupled to a memory device interface and an input/output (I/O) device interface." *See, e.g.*,<br><br><br><br>https://www.kingston.com/en/ssd/kc3000-nvme-m2-solid-state-drive |

—1—

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
|  |  https://www.thessdreview.com/our-reviews/nvme/kingston-kc3000-pcie-4-0-nvme-ssd-review/ |

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| a <u>memory store</u>; wherein the <u>memory device interface</u> is directly coupled to the <u>memory store</u>; | Kingston provides "a memory store, wherein the memory device interface is directly coupled to the memory store." *See, e.g.,*<br><br><br><br>https://www.thessdreview.com/our-reviews/nvme/kingston-kc3000-pcie-4-0-nvme-ssd-review/ |

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| | **Full description** ⌄ <br><br> **Specifications** ⌃ <br><br> <table><tr><td>Form Factor</td><td>M.2 2280</td></tr><tr><td>Interface</td><td>PCIe 4.0 x4 NVMe</td></tr><tr><td>Capacities$^2$</td><td>512GB, 1024GB, 2048GB, 4096GB</td></tr><tr><td>Controller</td><td>Phison E18</td></tr><tr><td>NAND</td><td>3D TLC</td></tr><tr><td>DRAM Cache</td><td>Yes</td></tr></table> <br> https://www.kingston.com/en/ssd/kc3000-nvme-m2-solid-state-drive?capacity=4096gb |

—4—

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| | <br><br>https://www.thessdreview.com/our-reviews/nvme/kingston-kc3000-pcie-4-0-nvme-ssd-review/ |

—5—

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| ’190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| said <u>interface controller</u> disposed to perform a memory transaction by addressing a <u>first memory location</u> in <u>the memory store</u>, | Kingston provides "said interface controller disposed to perform a memory transaction by addressing a first memory location in the memory store." *See, e.g.,*<br><br><br><br>https://ssd-tester.com/kingston_kc3000_2tb.html. |

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| said first memory location and a second memory location respectively associated with a first device profile and a second device profile; | **pSLC mode: Pseudo-SLC caching**<br><br>Pseudo-SLC (pSLC) is not a different type of physical flash, but a management mode where high-density cells (like TLC or QLC) are programmed to store only 1 bit of data instead of their maximum capacity. This allows the drive to mimic the burst performance and endurance similar of true SLC. Most modern consumer SSDs use a pSLC Cache, which is a small portion of the drive dedicated to handling incoming data quickly before moving it to the slower, high-density storage area, this makes the drive feel much faster during daily use.<br><br>https://www.kingston.com/en/blog/pc-performance/difference-between-slc-mlc-tlc-3d-nand |

—7—

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
| --- | --- |
|  | **Native Mode:** With this firmware, the NAND flash cells are configured in their original (native) mode where each cell is typically divided into multiple energy levels to store more than one bit of data. For Multi-level Cell (MLC) NAND flash technology, each NAND cell is divided into 4 energy levels to store 2 bits per cell. The latest generations of NAND use a 3D structure with NAND cells organized into several layers. This technology has cells that are typically configured as 3 bit per cell (TLC), by dividing the cell into 8 energy levels. With this native mode configuration, maximum device capacity is achieved. Native mode firmware is best for applications that require: 1) consistent, uniform performance; 2) full device storage capacity while maximizing device life.<br><br>**Pseudo Single Level Cell (pSLC):** Both endurance and write performance can be boosted with a firmware that configures the NAND flash cells to two energy levels to store a single bit of data. This configuration will increase the device endurance substantially in addition to boosting write performance. Typically, pSLC mode endurance can be increased by a factor of ten over the native configuration. This is achieved due to higher signal to noise margin within the NAND flash cell. Since the pSLC cell only contains a single bit, the NAND cell can be programmed faster, resulting in faster device level write speed. Overall, device storage capacity is reduced with the pSLC configuration. Since TLC NAND will be reduced from 3 bits per cell to one, the overall storage capacity is reduced to one third of the original native storage capacity. When configuring MLC NAND to pSLC, storage capacity is reduced by one half of the original capacity since the cells are converted from two bits to one. The term "pseudo" is used to describe the single level cell configuration when the NAND flash was originally designed to support more than one bit per cell. In general, the pSLC configuration is a great choice for long life applications that will write substantial amount of data over the life of the product. Applications that need consistent, high write performance will also benefit from pSLC configuration.<br><br>**Dynamic Boost:** Applications that require high storage capacity typically will have the NAND configured in native mode. However, write performance can be improved for some situations with a hybrid configuration. In this configuration, the eMMC device will report the full native mode capacity. However, initially, the device will start in pSLC mode. While in pSLC mode, the device will achieve higher write speed. As the device capacity nears maximum utilization in pSLC mode, the device will start to convert NAND flash cells back to their native configuration. The Kingston Dynamic Boost configuration<br><br>https://media.kingston.com/pdfs/emmc/firmware-config_us.pdf.[1] |

---

[1] Although this refers to NAND flash used in Kingston's eMMC products, the NAND flash in Kingston SSD functions in substantially the same manner.

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| wherein said <u>first device profile</u> is optimal for <u>a data type</u> subject to the memory transaction, wherein said data type comprises one of <u>a random data type or a sequential data type</u>; | Kingston provides a product "wherein said first device profile is optimal for a data type subject to the memory transaction, wherein said data type comprises one of a random data type or a sequential data type." *See, e.g.,*<br><br>**pSLC mode: Pseudo-SLC caching**<br><br>Pseudo-SLC (pSLC) is not a different type of physical flash, but a management mode where high-density cells (like TLC or QLC) are programmed to store only 1 bit of data instead of their maximum capacity. This allows the drive to mimic the burst performance and endurance similar of true SLC. Most modern consumer SSDs use a pSLC Cache, which is a small portion of the drive dedicated to handling incoming data quickly before moving it to the slower, high-density storage area, this makes the drive feel much faster during daily use.<br><br>https://www.kingston.com/en/blog/pc-performance/difference-between-slc-mlc-tlc-3d-nand. |

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| | **Specifications** ⌃ |
| | |

| Form Factor | M.2 2280 |
|---|---|
| Interface | PCIe 4.0 x4 NVMe |
| Capacities[2] | 512GB, 1024GB, 2048GB, 4096GB |
| Controller | Phison E18 |
| NAND | 3D TLC |
| DRAM Cache | Yes |
| Sequential Read/Write | 512GB – 7,000/3,900MB/s<br>1024GB – 7,000/6,000MB/s<br>2048GB – 7,000/7,000MB/s<br>4096GB – 7,000/7,000MB/s |
| Random 4K Read/Write[1] | 512GB – up to 450,000/900,000 IOPS<br>1024GB – up to 900,000/1,000,000 IOPS<br>2048GB – up to 1,000,000/1,000,000 IOPS<br>4096GB – up to 1,000,000/1,000,000 IOPS |

https://www.kingston.com/en/ssd/kc3000-nvme-m2-solid-state-drive?capacity=4096gb.

—10—

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| said interface controller identifies command details for causing the memory transaction to be performed, wherein said command details comprising the first memory device; | Kingston provides "said interface controller [that] identifies command details for causing the memory transaction to be performed, wherein said command details comprising the first memory device." *See, e.g.,* <br><br> **pSLC mode: Pseudo-SLC caching** <br><br> Pseudo-SLC (pSLC) is not a different type of physical flash, but a management mode where high-density cells (like TLC or QLC) are programmed to store only 1 bit of data instead of their maximum capacity. This allows the drive to mimic the burst performance and endurance similar of true SLC. Most modern consumer SSDs use a pSLC Cache, which is a small portion of the drive dedicated to handling incoming data quickly before moving it to the slower, high-density storage area, this makes the drive feel much faster during daily use. <br><br> https://www.kingston.com/en/blog/pc-performance/difference-between-slc-mlc-tlc-3d-nand |

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
|  | **Native Mode:** With this firmware, the NAND flash cells are configured in their original (native) mode where each cell is typically divided into multiple energy levels to store more than one bit of data. For Multi-level Cell (MLC) NAND flash technology, each NAND cell is divided into 4 energy levels to store 2 bits per cell. The latest generations of NAND use a 3D structure with NAND cells organized into several layers. This technology has cells that are typically configured as 3 bit per cell (TLC), by dividing the cell into 8 energy levels. With this native mode configuration, maximum device capacity is achieved. Native mode firmware is best for applications that require: 1) consistent, uniform performance; 2) full device storage capacity while maximizing device life. <br><br> **Pseudo Single Level Cell (pSLC):** Both endurance and write performance can be boosted with a firmware that configures the NAND flash cells to two energy levels to store a single bit of data. This configuration will increase the device endurance substantially in addition to boosting write performance. Typically, pSLC mode endurance can be increased by a factor of ten over the native configuration. This is achieved due to higher signal to noise margin within the NAND flash cell. Since the pSLC cell only contains a single bit, the NAND cell can be programmed faster, resulting in faster device level write speed. Overall, device storage capacity is reduced with the pSLC configuration. Since TLC NAND will be reduced from 3 bits per cell to one, the overall storage capacity is reduced to one third of the original native storage capacity. When configuring MLC NAND to pSLC, storage capacity is reduced by one half of the original capacity since the cells are converted from two bits to one. The term "pseudo" is used to describe the single level cell configuration when the NAND flash was originally designed to support more than one bit per cell. In general, the pSLC configuration is a great choice for long life applications that will write substantial amount of data over the life of the product. Applications that need consistent, high write performance will also benefit from pSLC configuration. <br><br> **Dynamic Boost:** Applications that require high storage capacity typically will have the NAND configured in native mode. However, write performance can be improved for some situations with a hybrid configuration. In this configuration, the eMMC device will report the full native mode capacity. However, initially, the device will start in pSLC mode. While in pSLC mode, the device will achieve higher write speed. As the device capacity nears maximum utilization in pSLC mode, the device will start to convert NAND flash cells back to their native configuration. The Kingston Dynamic Boost configuration <br><br> https://media.kingston.com/pdfs/emmc/firmware-config_us.pdf.[2] |

---

[2] Although this refers to NAND flash used in Kingston's eMMC products, the NAND flash in Kingston SSDs functions in substantially the same manner.

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| said [first] device profile representing a first set of attributes of said first memory location, and said second device profile representing a second set of attributes of said second memory location, and a difference exists between said first and second device profiles; | Kingston provides a product in which "said [first] device profile represent[s] a first set of attributes of said first memory location, and said second device profile represent[s] a second set of attributes of said second memory location, and a difference exists between said first and second device profiles." *See, e.g.*, <br><br> **pSLC mode: Pseudo-SLC caching** <br><br> Pseudo-SLC (pSLC) is not a different type of physical flash, but a management mode where high-density cells (like TLC or QLC) are programmed to store only 1 bit of data instead of their maximum capacity. This allows the drive to mimic the burst performance and endurance similar of true SLC. Most modern consumer SSDs use a pSLC Cache, which is a small portion of the drive dedicated to handling incoming data quickly before moving it to the slower, high-density storage area, this makes the drive feel much faster during daily use. <br><br> https://www.kingston.com/en/blog/pc-performance/difference-between-slc-mlc-tlc-3d-nand. |

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| | **Native Mode:** With this firmware, the NAND flash cells are configured in their original (native) mode where each cell is typically divided into multiple energy levels to store more than one bit of data. For Multi-level Cell (MLC) NAND flash technology, each NAND cell is divided into 4 energy levels to store 2 bits per cell. The latest generations of NAND use a 3D structure with NAND cells organized into several layers. This technology has cells that are typically configured as 3 bit per cell (TLC), by dividing the cell into 8 energy levels. With this native mode configuration, maximum device capacity is achieved. Native mode firmware is best for applications that require: 1) consistent, uniform performance; 2) full device storage capacity while maximizing device life. <br><br> **Pseudo Single Level Cell (pSLC):** Both endurance and write performance can be boosted with a firmware that configures the NAND flash cells to two energy levels to store a single bit of data. This configuration will increase the device endurance substantially in addition to boosting write performance. Typically, pSLC mode endurance can be increased by a factor of ten over the native configuration. This is achieved due to higher signal to noise margin within the NAND flash cell. Since the pSLC cell only contains a single bit, the NAND cell can be programmed faster, resulting in faster device level write speed. Overall, device storage capacity is reduced with the pSLC configuration. Since TLC NAND will be reduced from 3 bits per cell to one, the overall storage capacity is reduced to one third of the original native storage capacity. When configuring MLC NAND to pSLC, storage capacity is reduced by one half of the original capacity since the cells are converted from two bits to one. The term "pseudo" is used to describe the single level cell configuration when the NAND flash was originally designed to support more than one bit per cell. In general, the pSLC configuration is a great choice for long life applications that will write substantial amount of data over the life of the product. Applications that need consistent, high write performance will also benefit from pSLC configuration. <br><br> **Dynamic Boost:** Applications that require high storage capacity typically will have the NAND configured in native mode. However, write performance can be improved for some situations with a hybrid configuration. In this configuration, the eMMC device will report the full native mode capacity. However, initially, the device will start in pSLC mode. While in pSLC mode, the device will achieve higher write speed. As the device capacity nears maximum utilization in pSLC mode, the device will start to convert NAND flash cells back to their native configuration. The Kingston Dynamic Boost configuration <br><br> https://media.kingston.com/pdfs/emmc/firmware-config_us.pdf.[3] |

---

[3] Although this refers to NAND flash used in Kingston's eMMC products, the NAND flash in Kingston SSDs functions in substantially the same manner.

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| said interface controller obtaining the first set of attributes after identifying the command details; and said addressing of said first memory location includes using said attributes from said first device profile; and | Kingston provides a product in which "said interface controller obtain[s] the first set of attributes after identifying the command details; and said addressing of said first memory location includes using said attributes from said first device profile." *See, e.g.*, <br><br> **pSLC mode: Pseudo-SLC caching** <br><br> Pseudo-SLC (pSLC) is not a different type of physical flash, but a management mode where high-density cells (like TLC or QLC) are programmed to store only 1 bit of data instead of their maximum capacity. This allows the drive to mimic the burst performance and endurance similar of true SLC. Most modern consumer SSDs use a pSLC Cache, which is a small portion of the drive dedicated to handling incoming data quickly before moving it to the slower, high-density storage area, this makes the drive feel much faster during daily use. <br><br> https://www.kingston.com/en/blog/pc-performance/difference-between-slc-mlc-tlc-3d-nand |

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
|  | **Native Mode:** With this firmware, the NAND flash cells are configured in their original (native) mode where each cell is typically divided into multiple energy levels to store more than one bit of data. For Multi-level Cell (MLC) NAND flash technology, each NAND cell is divided into 4 energy levels to store 2 bits per cell. The latest generations of NAND use a 3D structure with NAND cells organized into several layers. This technology has cells that are typically configured as 3 bit per cell (TLC), by dividing the cell into 8 energy levels. With this native mode configuration, maximum device capacity is achieved. Native mode firmware is best for applications that require: 1) consistent, uniform performance; 2) full device storage capacity while maximizing device life.<br><br>**Pseudo Single Level Cell (pSLC):** Both endurance and write performance can be boosted with a firmware that configures the NAND flash cells to two energy levels to store a single bit of data. This configuration will increase the device endurance substantially in addition to boosting write performance. Typically, pSLC mode endurance can be increased by a factor of ten over the native configuration. This is achieved due to higher signal to noise margin within the NAND flash cell. Since the pSLC cell only contains a single bit, the NAND cell can be programmed faster, resulting in faster device level write speed. Overall, device storage capacity is reduced with the pSLC configuration. Since TLC NAND will be reduced from 3 bits per cell to one, the overall storage capacity is reduced to one third of the original native storage capacity. When configuring MLC NAND to pSLC, storage capacity is reduced by one half of the original capacity since the cells are converted from two bits to one. The term "pseudo" is used to describe the single level cell configuration when the NAND flash was originally designed to support more than one bit per cell. In general, the pSLC configuration is a great choice for long life applications that will write substantial amount of data over the life of the product. Applications that need consistent, high write performance will also benefit from pSLC configuration.<br><br>**Dynamic Boost:** Applications that require high storage capacity typically will have the NAND configured in native mode. However, write performance can be improved for some situations with a hybrid configuration. In this configuration, the eMMC device will report the full native mode capacity. However, initially, the device will start in pSLC mode. While in pSLC mode, the device will achieve higher write speed. As the device capacity nears maximum utilization in pSLC mode, the device will start to convert NAND flash cells back to their native configuration. The Kingston Dynamic Boost configuration<br><br>https://media.kingston.com/pdfs/emmc/firmware-config_us.pdf.[4] |

---

[4] Although this refers to NAND flash used in Kingston's eMMC products, the NAND flash in Kingston SSDs functions in substantially the same manner.

—16—

**Exhibit B-1**
**U.S. Patent No. 9,135,190**

| '190 Patent, Claim 59 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| said addressing of said first memory location includes selecting a transfer size for the memory transaction, wherein the transfer size is a function of a data size of the memory transaction and the first set of attributes. | Kingston provides a product in which "said addressing of said first memory location includes selecting a transfer size for the memory transaction, wherein the transfer size is a function of a data size of the memory transaction and the first set of attributes." *See, e.g.*, <br><br> **pSLC mode: Pseudo-SLC caching** <br><br> Pseudo-SLC (pSLC) is not a different type of physical flash, but a management mode where high-density cells (like TLC or QLC) are programmed to store only 1 bit of data instead of their maximum capacity. This allows the drive to mimic the burst performance and endurance similar of true SLC. Most modern consumer SSDs use a pSLC Cache, which is a small portion of the drive dedicated to handling incoming data quickly before moving it to the slower, high-density storage area, this makes the drive feel much faster during daily use. <br><br> https://www.kingston.com/en/blog/pc-performance/difference-between-slc-mlc-tlc-3d-nand <br><br> **Dynamic Boost:** Applications that require high storage capacity typically will have the NAND configured in native mode. However, write performance can be improved for some situations with a hybrid configuration. In this configuration, the eMMC device will report the full native mode capacity. However, initially, the device will start in pSLC mode. While in pSLC mode, the device will achieve higher write speed. As the device capacity nears maximum utilization in pSLC mode, the device will start to convert NAND flash cells back to their native configuration. The Kingston Dynamic Boost configuration <br><br> is sometimes referred to as Dynamic SLC, since the cells are initially in pSLC mode but are dynamically converted back to the native mode as more storage capacity is needed. The Dynamic Boost feature can lower the total amount of data that can be written to the device over its lifetime. Dynamic Boost is best for applications that require the maximum storage capacity that the device can support while providing increased write performance for improved user experience. For embedded applications that do not benefit from the boosted write performance, Kingston recommends using native mode firmware without Dynamic Boost. This will offer the highest total amount of data that can be written over the device life cycle while the NAND is in native mode configuration. Table 1 below summarizes the three different firmware configurations. <br><br> https://media.kingston.com/pdfs/emmc/firmware-config_us.pdf.[5] |

---

[5] Although this refers to NAND flash used in Kingston's eMMC products, the NAND flash in Kingston SSDs functions in substantially the same manner.

—17—