# EXHIBIT C-1

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| 10.  An apparatus comprising:<br><br>a storage device configured to map a primary address to a set of minimum erasable locations in a storage device; | Kingston provides a product that comprises an apparatus that is "a storage device" that "map[s] a primary address to a set of minimum erasable locations in a storage device." *See, e.g.,*<br><br><br><br>https://www.kingston.com/en/ssd/kc3000-nvme-m2-solid-state-drive |

—1—

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
|  | <br>https://ssd-tester.com/kingston_kc3000_2tb.html |

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| |  https://www.phison.com/wp-content/uploads/2025/11/PS5018-E18-BROCHURE.pdf |

—3—

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| map a primary address to a <u>set of minimum erasable locations</u> in a <u>storage device</u>; |   https://flashdba.com/2014/06/20/understanding-flash-blocks-pages-and-program-erases/. |

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| initialize the set; | Kingston "initialize[s] the set." *See, e.g.,*  https://ssd-tester.com/kingston_kc3000_2tb.html |

—5—

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| | **pSLC mode: Pseudo-SLC caching**<br><br>Pseudo-SLC (pSLC) is not a different type of physical flash, but a management mode where high-density cells (like TLC or QLC) are programmed to store only 1 bit of data instead of their maximum capacity. This allows the drive to mimic the burst performance and endurance similar of true SLC. Most modern consumer SSDs use a pSLC Cache, which is a small portion of the drive dedicated to handling incoming data quickly before moving it to the slower, high-density storage area, this makes the drive feel much faster during daily use.<br><br>https://www.kingston.com/en/blog/pc-performance/difference-between-slc-mlc-tlc-3d-nand<br><br>**Dynamic Boost:** Applications that require high storage capacity typically will have the NAND configured in native mode. However, write performance can be improved for some situations with a hybrid configuration. In this configuration, the eMMC device will report the full native mode capacity. However, initially, the device will start in pSLC mode. While in pSLC mode, the device will achieve higher write speed. As the device capacity nears maximum utilization in pSLC mode, the device will start to convert NAND flash cells back to their native configuration. The Kingston Dynamic Boost configuration is sometimes referred to as Dynamic SLC, since the cells are initially in pSLC mode but are dynamically converted back to the native mode as more storage capacity is needed. The Dynamic Boost feature can lower the total amount of data that can be written to the device over its lifetime. Dynamic Boost is best for applications that require the maximum storage capacity that the device can support while providing increased write performance for improved user experience. For embedded applications that do not benefit from the boosted write performance, Kingston recommends using native mode firmware without Dynamic Boost. This will offer the highest total amount of data that can be written over the device life cycle while the NAND is in native mode configuration. Table 1 below summarizes the three different firmware configurations.<br><br>https://media.kingston.com/pdfs/emmc/firmware-config_us.pdf.[1] |

---

[1] Although this refers to NAND flash used in Kingston's eMMC products, the NAND flash in Kingston SSDs functions in substantially the same manner.

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| obtain and store initialization parameters, and | Kingston "obtain[s] and store[s] initialization parameters." *See, e.g.*, <br><br> **pSLC mode: Pseudo-SLC caching** <br><br> Pseudo-SLC (pSLC is not a different type of physical flash, but a management mode where high-density cells (like TLC or QLC) are programmed to store only 1 bit of data instead of their maximum capacity. This allows the drive to mimic the burst performance and endurance similar of true SLC. Most modern consumer SSDs use a pSLC Cache, which is a small portion of the drive dedicated to handling incoming data quickly before moving it to the slower, high-density storage area, this makes the drive feel much faster during daily use. <br><br> https://www.kingston.com/en/blog/pc-performance/difference-between-slc-mlc-tlc-3d-nand |

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
|  | **Native Mode:** With this firmware, the NAND flash cells are configured in their original (native) mode where each cell is typically divided into multiple energy levels to store more than one bit of data. For Multi-level Cell (MLC) NAND flash technology, each NAND cell is divided into 4 energy levels to store 2 bits per cell. The latest generations of NAND use a 3D structure with NAND cells organized into several layers. This technology has cells that are typically configured as 3 bit per cell (TLC), by dividing the cell into 8 energy levels. With this native mode configuration, maximum device capacity is achieved. Native mode firmware is best for applications that require: 1) consistent, uniform performance; 2) full device storage capacity while maximizing device life.<br><br>**Pseudo Single Level Cell (pSLC):** Both endurance and write performance can be boosted with a firmware that configures the NAND flash cells to two energy levels to store a single bit of data. This configuration will increase the device endurance substantially in addition to boosting write performance. Typically, pSLC mode endurance can be increased by a factor of ten over the native configuration. This is achieved due to higher signal to noise margin within the NAND flash cell. Since the pSLC cell only contains a single bit, the NAND cell can be programmed faster, resulting in faster device level write speed. Overall, device storage capacity is reduced with the pSLC configuration. Since TLC NAND will be reduced from 3 bits per cell to one, the overall storage capacity is reduced to one third of the original native storage capacity. When configuring MLC NAND to pSLC, storage capacity is reduced by one half of the original capacity since the cells are converted from two bits to one. The term "pseudo" is used to describe the single level cell configuration when the NAND flash was originally designed to support more than one bit per cell. In general, the pSLC configuration is a great choice for long life applications that will write substantial amount of data over the life of the product. Applications that need consistent, high write performance will also benefit from pSLC configuration.<br><br>https://media.kingston.com/pdfs/emmc/firmware-config_us.pdf.[2] |

---

[2] Although this refers to NAND flash used in Kingston's eMMC products, the NAND flash in Kingston SSDs functions in substantially the same manner.

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| initialize a section selection sequence that determines a first minimum writeable location in the set. | Kingston "initialize[s] a section selection sequence that determines a first minimum writeable location in the set." *See, e.g.,*<br><br>**pSLC mode: Pseudo-SLC caching**<br><br>Pseudo-SLC (pSLC) is not a different type of physical flash, but a management mode where high-density cells (like TLC or QLC) are programmed to store only 1 bit of data instead of their maximum capacity. This allows the drive to mimic the burst performance and endurance similar of true SLC. Most modern consumer SSDs use a pSLC Cache, which is a small portion of the drive dedicated to handling incoming data quickly before moving it to the slower, high-density storage area this makes the drive feel much faster during daily use.<br><br>https://www.kingston.com/en/blog/pc-performance/difference-between-slc-mlc-tlc-3d-nand |

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| initialize a section selection sequence that determines a first minimum writeable location in the set. | **Native Mode:** With this firmware, the NAND flash cells are configured in their original (native) mode where each cell is typically divided into multiple energy levels to store more than one bit of data. For Multi-level Cell (MLC) NAND flash technology, each NAND cell is divided into 4 energy levels to store 2 bits per cell. The latest generations of NAND use a 3D structure with NAND cells organized into several layers. This technology has cells that are typically configured as 3 bit per cell (TLC), by dividing the cell into 8 energy levels. With this native mode configuration, maximum device capacity is achieved. Native mode firmware is best for applications that require: 1) consistent, uniform performance; 2) full device storage capacity while maximizing device life.<br><br>**Pseudo Single Level Cell (pSLC):** Both endurance and write performance can be boosted with a firmware that configures the NAND flash cells to two energy levels to store a single bit of data. This configuration will increase the device endurance substantially in addition to boosting write performance. Typically, pSLC mode endurance can be increased by a factor of ten over the native configuration. This is achieved due to higher signal to noise margin within the NAND flash cell. Since the pSLC cell only contains a single bit, the NAND cell can be programmed faster, resulting in faster device level write speed. Overall, device storage capacity is reduced with the pSLC configuration. Since TLC NAND will be reduced from 3 bits per cell to one, the overall storage capacity is reduced to one third of the original native storage capacity. When configuring MLC NAND to pSLC, storage capacity is reduced by one half of the original capacity since the cells are converted from two bits to one. The term "pseudo" is used to describe the single level cell configuration when the NAND flash was originally designed to support more than one bit per cell. In general, the pSLC configuration is a great choice for long life applications that will write substantial amount of data over the life of the product.  Applications that need consistent, high write performance will also benefit from pSLC configuration.<br><br>https://media.kingston.com/pdfs/emmc/firmware-config_us.pdf.[3] |

---

[3] Although this refers to NAND flash used in Kingston's eMMC products, the NAND flash in Kingston SSDs functions in substantially the same manner.

**Exhibit C-1**
**U.S. Patent No. 9,484,103**

| '103 Patent, Claim 10 | Exemplary Infringing Product: Kingston KC3000 SSD |
|---|---|
| initialize a section selection sequence that determines a first minimum writeable location in the set. | <br><br>*NAND Flash Die Layout (image courtesy of AnandTech)*<br><br>https://flashdba.com/2014/06/20/understanding-flash-blocks-pages-and-program-erases/. |